COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
Michael H. Bierman, SBN 89156
Michael E. Pappas, SBN 130400
Luce, Forward, Hamilton & Scripps, LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
(213) 892-4992
ATTORNEYS FOR: Intervenor National Credit Union Administration as Conservator for Western Corporate Federal Credit Union

FILED
10 MAR -3 PM 4:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1st VALLEY CREDIT UNION; CASCADE FEDERAL CREDIT UNION; (continued on Attachment 1)<br><br>Plaintiff(s)<br><br>v.<br><br>DONNA BLAND; ROBERT BURRELL; JEREMY CALVA; (continued on Attachment 1)<br><br>Defendant(s). | CASE NUMBER<br><br>**CV10-01597-GW (MANx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for National Credit Union Administration as Conservator for Western Corporate Federal Credit Union
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| National Credit Union Administration as Conservator for Western Corporate Federal Credit Union | Intervenor |

Date    March 3, 2010

Sign    *(signature)*
        Michael E. Pappas
        Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

American LegalNet, Inc.
www.USCourtForms.com

## ATTACHMENT 1

Plaintiffs (continued):

Glendale Area Schools Federal Credit Union, Kaiperm Northwest Federal Credit Union, Northwest Plus Credit Union; Stamford Federal Credit Union; and Tulare County Federal Credit Union.


Defendants (continued):

William Cheney, Laura Cloherty, Gordon Dames, Adam Denbo, Diana R. Dykstra, Jeff Hamilton, Robert H. Harvey, Jr.; James Hayes; Wayne Hope; Dwight Johnston; James P. Jordan; Timothy Kramer; Robin J. Lentz; Susanne Longson; John M. Merlo; Warren Nakamura; Brian Osberg; David Roughton; Timothy Sidley; Robert Siravo; David Trinder; Darren Williams; Riskspan, Inc. and Does 1 through 100, inclusive.