1  EDWIN V. WOODSOME, JR. (State Bar No. 56305)
   ewoodsome@orrick.com
2  ANDREW S. WONG (State Bar No. 198227)
   aswong@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
4  Los Angeles, California 90017-5855
   Telephone:  (213) 629-2020
5  Facsimile:   (213) 612-2499

6
   Attorneys for Defendants JEREMY CALVA,
7  LAURA CLOHERTY, JEFF HAMILTON, JAMES
   HAYES, DWIGHT JOHNSTON, TIMOTHY
8  SIDLEY and DAVID TRINDER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 1ST VALLEY CREDIT UNION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONNA BLAND, et al.,<br><br>  Defendants. | Case No. CV-10-1597 GW (MANx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Honorable George Wu |
| and<br><br>NATIONAL CREDIT UNION ADMINISTRATION AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>  Intervenor. | |

OHS West:260856638.1

NOTICE OF INTERESTED PARTIES

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 7.1 and Central District Civil Local Rule 7.1-1, the undersigned, counsel of record for defendants Jeremy Calva, Laura Cloherty, Jeff Hamilton, James Hayes, Dwight Johnston, Timothy Sidley and David Trinder certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff 1st Valley Credit Union;
2. Plaintiff Cascade Federal Credit Union;
3. Plaintiff Glendale Area Schools Federal Credit Union;
4. Plaintiff Kaiperm Northwest Federal Credit Union;
5. Plaintiff Northwest Plus Credit Union;
6. Plaintiff Stamford Federal Credit Union;
7. Plaintiff Tulare County Federal Credit Union;
8. Defendant Donna Bland;
9. Defendant Robert Burrell;
10. Defendant Jeremy Calva;
11. Defendant William Cheney;
12. Defendant Laura Cloherty;
13. Defendant Gordon Dames;
14. Defendant Adam Denbo;
15. Defendant Diana R. Dykstra;
16. Defendant Jeff Hamilton;
17. Defendant Robert H. Harvey, Jr.;
18. Defendant James Hayes;
19. Defendant Wayne Hope;
20. Defendant Dwight Johnston;

21. Defendant James P. Jordan;

22. Defendant Timothy Kramer;

23. Defendant Robin J. Lentz;

24. Defendant Susanne Longson;

25. Defendant John M. Merlo;

26. Defendant Warren Nakamura;

27. Defendant Brian Osberg;

28. Defendant David Roughton;

29. Defendant Timothy Sidley;

30. Defendant Robert Siravo;

31. Defendant David Trinder;

32. Defendant Darren Williams;

33. Defendant Riskspan Inc.; and

34. Intervenor National Credit Union Administration as Conservator for Western Corporate Federal Credit Union

Dated: March 9, 2009

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Andrew S. Wong*
ANDREW S. WONG

Attorneys for Defendants JEREMY CALVA, LAURA CLOHERTY, JEFF HAMILTON, JAMES HAYES, DWIGHT JOHNSTON, TIMOTHY SIDLEY and DAVID TRINDER