1  Michael H. Bierman, State Bar No. 89156
   Michael E. Pappas, State Bar No. 130400
2  Michelle K. Sugihara, State Bar No. 217444
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  601 S. Figueroa, Suite 3900
   Los Angeles, California 90017
4  Telephone No.: 213.892.4992
   Fax No.: 213.892.7731
5  E-Mail:   mbierman@luce.com
             mpappas@luce.com
6            msugihara@luce.com

7  Attorneys for Intervenor, National Credit Union Administration
   As Conservator For Western Corporate Federal Credit Union .
8
                        UNITED STATES DISTRICT COURT
9
                       CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 1ST VALLEY CREDIT UNION; CASCADE FEDERAL CREDIT UNION; GLENDALE AREA SCHOOLS FEDERAL CREDIT UNION; KAIPERM NORTHWEST FEDERAL CREDIT UNION; NORTHWEST PLUS CREDIT UNION; STAMFORD FEDERAL CREDIT UNION; and TULARE COUNTY FEDERAL CREDIT UNION,<br><br>    Plaintiffs,<br>v.<br><br>DONNA BLAND, ROBERT BURRELL, JEREMY CALVA, WILLIAM CHENEY, LAURA CLOHERTY, GORDON DAMES, ADAM DENBO, DIANA R. DYKSTRA, JEFF HAMILTON, ROBERT H. HARVEY, JR., JAMES HAYES, WAYNE HOPE, DWIGHT JOHNSTON, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, SUSANNE LONGSON, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID ROUGHTON, TIMOTHY SIDLEY, ROBERT SIRAVO, DAVID TRINDER, DARREN WILLIAMS, RISKSPAN INC., and DOES 1 through 100, inclusive.<br><br>    Defendants<br><br>and<br><br>NATIONAL CREDIT UNION ADMINISTRATION AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br>    Intervenor. | Case No.: CV10-01597 GW (MANx)<br><br><br><br><br><br><br><br>**RULE 26 CONFERENCE REPORT**<br><br>**Scheduling Conf.**<br>**Date** : May 20, 2010<br>**Time** : 8:30 a.m.<br>**Place** : Ctrm. 10 |

The parties in this case, which was stayed until May 3, 2010, by order of the Court dated March 17, 2010, met and conferred by telephone on April 29, 2010, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.  The parties report the following:

This action was brought by a group of seven retail credit unions (the "Plaintiffs") who are members of the Western Corporate Federal Credit Union ("WesCorp").  The defendants are former and current officers and directors and members of the supervisory committee of WesCorp and RiskSpan, Inc., ("Defendants").  The National Credit Union Administration ("NCUA") as Conservator of WesCorp (the "Conservator") intervened in this action on February 24, 2010, and removed to this Court.

The Conservator contends that it is the real party in interest and has the right to pursue this litigation.  The Conservator and Plaintiffs have discussed this matter, but they have been unable to reach agreement.  The Conservator intends to file a motion no later than May 10, 2010, to substitute itself as the real party in interest in this case.

In addition, two attorneys participating in the conference stated that they are in the process of being retained by former officer and director defendants.  Ms. Janlynn R. Fleenor of Downey Brand expects to be representing defendant Donna Bland and Mr. Bruce Ericson of Pilsbury Winthrop Shaw Pittman LLP expects to be representing most or all of the other defendants currently represented by Mr. Moore: Robert Burrell, Adam Denbo, Diana R. Dykstra, Robert H. Harvey, Jr., Wayne Hope, James P. Jordan, Timothy Kramer, Robin J. Lentz, Susanne Longson, John M. Merlo, Warren Nakamura, Brian Osberg, David Roughton, Robert Siravo, and Darren Williams.  Former directors William Cheney and Gordon Dames have not yet been served and have not yet chosen counsel.

At the Rule 26 conference, the parties agreed that because of appearance of new counsel, the uncertainty of the identity of the real party in interest and the unsettled

state of the pleadings at this time, it was premature to address the matters covered in Rule 26(f). The parties therefore propose that (1) the time for Defendants who have not yet responded to respond to the complaint be extended to thirty (30) days after the party or parties determined by the Court to be the real party in interest either (a) files an amended complaint or (b) serves notice that it or they intend to proceed on the existing complaint; and (2) the time to provide initial disclosures as required under Rule 26 of the Federal Rules of Civil Procedure be extended to thirty (30) days following expiration of the time for all parties to respond to the complaint as set forth above.

    The parties have prepared and are concurrently submitting a stipulation and proposed order to that effect. The parties also request that the scheduling conference be continued accordingly.

    Respectfully submitted:

DATED: May 5, 2010    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
MICHAEL E. PAPPAS
MICHELLE K. SUGIHARA

By: /s/ Michael H. Bierman
    Michael H. Bierman
    Attorneys for The National Credit Union Administration as Conservator for Western Corporate Federal Credit Union.

DATED: May 5, 2010    KAMBER LAW LLC
SCOTT KAMBER
DEBORAH KRAVITZ

PARISI & HAVENS LLP
DAVID C. PARISI
SUZANNE HAVENS BECKMAN

By: /s/ David C. Parisi
    David C. Parisi
    Attorneys for Plaintiffs.

| | | |
|---|---|---|
| 1 | DATED: May 5, 2010 | DOWNEY BRAND<br>JANLYNN R. FLEENER |
| | | By: /s/ Janlynn R. Fleener<br>    Janlynn R. Fleener<br>    Attorneys for Defendant Donna Bland |
| | DATED: May 5, 2010 | MOORE, BREWER, JONES, TYLER & NORTH<br>RANDY MOORE<br>DUANE TYLER |
| | | By: /s/ Duane Tyler<br>    Duane Tyler<br>    Attorneys for Defendants Robert Burrell, Adam Denbo, Diana R. Dykstra, Robert H. Harvey, Jr., Wayne Hope, James P. Jordan, Timothy Kramer, Robin J. Lentz, Susanne Longson, John M. Merlo, Warren Nakamura, Brian Osberg, David Roughton, Robert Siravo, Darren Williams |
| | DATED: May 5, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>EDWIN V. WOODSOME, JR., ESQ. |
| | | By: /s/ Edwin V. Woodsome, Jr.<br>    Edwin V. Woodsome, Jr.<br>    Attorneys for Defendants Jeremy Calva, Laura Cloherty, Jeff Hamilton, James Hayes, Dwight Johnston, Timothy Sidley, David Trinder |
| | DATED: May 5, 2010 | ALSTON & BIRD LLP<br>KYLE A. OSTERGARD |
| | | By: /s/ Kyle A. Ostergard<br>    Kyle A. Ostergard<br>    Attorneys for Defendant RiskSpan, Inc. |

201053506.5