1  Michael H. Bierman, State Bar No. 89156
   Michael E. Pappas, State Bar No. 130400
2  Michelle K. Sugihara, State Bar No. 217444
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  601 S. Figueroa, Suite 3900
   Los Angeles, California 90017
4  Telephone No.: 213.892.4992
   Fax No.: 213.892.7731
5  E-Mail:  mbierman@luce.com
              mpappas@luce.com
6              msugihara@luce.com

7  Attorneys for Intervenor, National Credit Union Administration
   As Conservator For Western Corporate Federal Credit Union .

8
                  UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

11  1ST VALLEY CREDIT UNION; CASCADE          Case No.: CV10-01597 GW (MANx)
    FEDERAL CREDIT UNION;
12  GLENDALE AREA SCHOOLS FEDERAL
    CREDIT UNION; KAIPERM NORTHWEST
13  FEDERAL CREDIT UNION; NORTHWEST
    PLUS CREDIT UNION; STAMFORD            DECLARATION OF
14  FEDERAL CREDIT UNION; and TULARE       MICHAEL H. BIERMAN IN
    COUNTY FEDERAL CREDIT UNION,           SUPPORT OF REPLY OF THE
                                           NATIONAL CREDIT UNION
15            Plaintiffs,                  ADMINISTRATIONAS
                                           CONSERVATOR FOR
16  v.                                     WESTERN CORPORATE
                                           FEDERAL CREDIT UNION IN
17  DONNA BLAND, ROBERT BURRELL,           SUPPORT OF MOTION TO
    JEREMY CALVA, WILLIAM CHENEY,          SUBSTITUTE
18  LAURA CLOHERTY, GORDON DAMES,
    ADAM DENBO, DIANA R. DYKSTRA,
19  JEFF HAMILTON, ROBERT H. HARVEY,       Date :  July 15, 2010
    JR., JAMES HAYES, WAYNE HOPE,          Time :  8:30 a.m.
20  DWIGHT JOHNSTON, JAMES P. JORDAN,      Crtrm:  10
    TIMOTHY KRAMER, ROBIN J. LENTZ,
21  SUSANNE LONGSON, JOHN M. MERLO,
    WARREN NAKAMURA, BRIAN OSBERG,
22  DAVID ROUGHTON, TIMOTHY SIDLEY,
    ROBERT SIRAVO, DAVID TRINDER,
23  DARREN WILLIAMS, RISKSPAN INC.,
    and DOES 1 through 100, inclusive.
24
              Defendants
25
    and
26
    NATIONAL CREDIT UNION
27  ADMINISTRATION AS CONSERVATOR
    FOR WESTERN CORPORATE FEDERAL
28  CREDIT UNION,
              Intervenor.

1    I, MICHAEL H. BIERMAN, declare:

2        1.    I am an attorney at law duly licensed to practice before the courts of the

3    State of California and am a member of the bar of this Court. I am a partner in the

4    firm of Luce, Forward, Hamilton & Scripps LLP, attorneys of record for Intervenor,

5    the National Credit Union Administration as Conservator for Western Corporate

6    Federal Credit Union. Unless indicated otherwise, I have personal knowledge of the

7    matter set forth in this declaration, and if called upon to testify, I could and would

8    testify competently to these matters under oath.

9        2.    Both before and after the NCUA moved to intervene in this action, I

10   had several communications with Scott Kamber, the attorney for the plaintiffs in this

11   matter with regard to the facts and allegations in this case. I had asked Mr. Kamber

12   to provide to me the basis for plaintiffs' individual claims and why the claims

13   asserted in this lawsuit did not belong to the NCUA as Conservator for WesCorp.

14   I also invited Mr. Kamber to assist the NCUA in its investigation of WesCorp by

15   sharing the relevant information he and his clients had developed. I never received

16   any substantive response from Mr. Kamber.

17       3.    On or about April 29, 2010, my colleague, Michael E. Pappas spoke

18   with David C. Parisi, another counsel of record for the plaintiffs in this matter, to

19   discuss the motion to substitute. Mr. Pappas' conversations are confirmed in a letter

20   dated April 30, 2010, a true and correct copy of which is attached hereto as

21   Exhibit 1.

22       4.    Attached hereto as Exhibit 2 is a true and correct copy of an e-mail

23   from Mr. Pappas to Mr. Kamber and Mr. Parisi requesting factual information

24   regarding what claims the plaintiffs had against the individual defendants. Neither

25   Mr. Pappas nor I received any substantive response to his request.

26

27

28

CV10-01597 GW (MANx)
DECLARATION OF MICHAEL H. BIERMAN IN SUPPORT OF  MOTION TO SUBSTITUTE

1        I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct and that this declaration was executed

3   on this 28th day of June, 2010.

4

5                               /s/Michael H. Bierman

6                               MICHAEL H. BIERMAN

7

8

9

10   201059183.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# EXHIBIT 1

# LUCE FORWARD

ATTORNEYS AT LAW · FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

601 South Figueroa
Suite 3900
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax
www.luce.com

MICHAEL E. PAPPAS, PARTNER
DIRECT DIAL NUMBER 213.892.4920
DIRECT FAX NUMBER 213.452.8033
EMAIL ADDRESS twaters@luce.com

April 30, 2010

38359-1

David C. Parisi, Esq.
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

Re:   1st Valley Credit Union v. Donna Bland, et al.,
      U.S.D.C Case No. CV10-01597 GW (MANx)

Dear David:

This letter confirms our telephone conference on Thursday, April 29, 2010, where we met and conferred on the proposed motion of the National Credit Union Administration as Conservator for Western Corporate Federal Credit Union to substitute itself as the real party in interest in the above-referenced action. As we discussed, it is the Conservator's view that under 12 U.S.C. § 1787(b)(2)(A), the Conservator succeeded to all of the claims asserted in this action, and therefore the Conservator is the real party in interest and not the current plaintiffs.

We discussed whether the current plaintiffs may have other claims that are not subject to the aforementioned statute. As I said in our conversation, I do not know whether or not such claims exist or what types of claims conceivably may not be encompassed by the statute. While the plaintiffs could attempt to amend the complaint to state such claims, if they exist, no amendment has yet been proposed.

You stated that Scott Kamber may want to discuss this matter further with us. Please advise him that we are available to discuss the matter, however, we will consider the telephone conversation that we had today the required meet and confer under Local Rule 7-3 for timing purposes on the motion.

CARMEL VALLEY/DEL MAR   ·   LOS ANGELES   ·   RANCHO SANTA FE   ·   SAN DIEGO   ·   SAN FRANCISCO

# LUCE FORWARD

ATTORNEYS AT LAW · FOUNDED 1873

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

David C. Parisi, Esq.
April 30, 2010
Page 2

If you have any questions, please do not hesitate to contact me. I look forward to hearing from Scott if he would like to discuss these matters further.

Very truly yours,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
By

Michael E. Pappas

MEP:tlw

cc:     Scott A. Kamber, Esq
        Deborah Kravitz, Esq.
        Michael H. Bierman, Esq.

201053518.1

**EXHIBIT 2**

## Pappas, Michael

| | |
|---|---|
| **From:** | Pappas, Michael |
| **Sent:** | Friday, May 28, 2010 1:14 PM |
| **To:** | skamber@kamberlaw.com; 'dparisi@parisihavens.com' |
| **Cc:** | Bierman, Michael |
| **Subject:** | 1st Valley v. Bland |

Dear Scott,

In follow up to prior communications that you have had with Michael, we again ask you to share with us what information you have that supports your clients' claims against the various defendants. Particularly with respect to RiskSpan, which provided valuation services in 2007 and 2008, we are unclear as to the theory of liability or facts that would support liability. Most of their services appear to be directed to valuing subprime and CDO portfolios after the fact, i.e., after they were purchased. Also, with respect to Donna Bland, it does not seem to us that she should be a defendant. She was never a Board member and was not appointed to the Supervisory Committee until May 19, 2008, well after the offending securities had been purchased.

Your prompt response would be much appreciated.

Best regards,
Mike

Michael E. Pappas
Luce, Forward, Hamilton & Scripps LLP
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
213.892.4920 direct
213.452.8033 fax
mpappas@luce.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

6/24/2010