Michael H. Bierman, State Bar No. 89156
Michael E. Pappas, State Bar No. 130400
Michelle K. Sugihara, State Bar No. 217444
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731
E-Mail:  mbierman@luce.com
         mpappas@luce.com
         msugihara@luce.com

Attorneys for Intervenor, National Credit Union Administration Board
As Conservator For Western Corporate Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1ST VALLEY CREDIT UNION; CASCADE FEDERAL CREDIT UNION; GLENDALE AREA SCHOOLS FEDERAL CREDIT UNION; KAIPERM NORTHWEST FEDERAL CREDIT UNION; NORTHWEST PLUS CREDIT UNION; STAMFORD FEDERAL CREDIT UNION; and TULARE COUNTY FEDERAL CREDIT UNION, <br><br> Plaintiffs, <br> v. <br><br> DONNA BLAND, ROBERT BURRELL, JEREMY CALVA, WILLIAM CHENEY, LAURA CLOHERTY, GORDON DAMES, ADAM DENBO, DIANA R. DYKSTRA, JEFF HAMILTON, ROBERT H. HARVEY, JR., JAMES HAYES, WAYNE HOPE, DWIGHT JOHNSTON, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, SUSANNE LONGSON, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID ROUGHTON, TIMOTHY SIDLEY, ROBERT SIRAVO, DAVID TRINDER, DARREN WILLIAMS, RISKSPAN INC., and DOES 1 through 100, inclusive. <br><br> Defendants <br><br> and <br><br> NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION, <br> Intervenor. | Case No.: CV10-01597 GW (MANx) <br><br><br><br><br><br><br><br> **JOINT STATUS CONFERENCE REPORT** <br><br> Date:  August 5, 2010 <br> Time:  8:30 a.m. <br> Ctrm:  10 |

Pursuant to the Court's order at the July 15, 2010 hearing on the motion by the National Credit Union Administration Board as Conservator for Western Corporate Federal Credit Union (the "Conservator") to substitute itself for the seven Credit Union Plaintiffs ("Plaintiffs") in this case, the parties report an issue on which they seek the guidance of the Court at the August 5, 2010 status conference.

The Plaintiffs understood from the last conference that the Court had granted them an opportunity to amend the Complaint to clarify their direct claims (and only direct clams) against the Defendants, and that the Court had further found that the Conservator did not have standing to challenge those claims. The Conservator believes that whether the new claims are "direct" claims (or, more precisely, whether they are outside the scope of the claims transferred to the Conservator by operation of law) depends on the particular allegations made in those claims.

The Conservator and Plaintiffs have conferred about the nature of the claims that Plaintiffs intend to assert as "direct claims" in a superseding joint amended complaint to be filed by August 31, 2010, and the Conservator believes that the claims, as described, are claims that were transferred to the Conservator pursuant to 12 U.S.C. § 1787(b)(2)(A) upon imposition of the conservatorship. Plaintiffs believe that the claims they intend to assert were not transferred.

The Conservator and Plaintiffs both believe that (1) the issue of who owns the claims Plaintiffs intend to assert should be resolved before the litigation proceeds further; and (2) resolution of the issue will likely require that the claims be set forth in a pleading.

The Conservator and Plaintiffs seek guidance from the Court as to how it wishes to proceed with respect to this issue. They suggest that the issue be resolved on a motion by the Conservator to substitute itself as plaintiff in the new claims after the joint complaint is filed. They suggest that the motion be heard on a shortened

1 | briefing schedule, perhaps on the Court's September 27, 2010 motion calendar. They
2 | are open to any other thoughts the Court might have.

4 | DATED: August 3, 2010

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
MICHAEL E. PAPPAS
MICHELLE K. SUGIHARA

By: /s/ Michael B.
Michael H. Bierman
Attorneys for The National Credit Union Administration Board as Conservator for Western Corporate Federal Credit Union.

11 | DATED: August 3, 2010

PARISI & HAVENS LLP

By: /s/ David Parisi mHB
David C. Parisi

Attorneys For Plaintiffs 1st Valley Credit Union, Cascade Federal Credit Union, Glendale Area Schools Federal Credit Union, Kaiperm Northwest Federal Credit Union, Northwest Plus Credit Union, Stamford Federal Credit Union, and Tulare County Federal Credit Union

201063848.1