# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1597-GW(MANx) | Date | August 5, 2010 |
|---|---|---|---|
| Title | *1st Valley Credit Union, et al. v. Donna Bland, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David C. Parisi | Michael H. Bierman |
| | Bruce A. Ericson - by telephone |
| | Allen Brandt - by telephone |
| | Seth E. Freilich |

**PROCEEDINGS:**    STATUS CONFERENCE RE AMENDED COMPLAINT

Counsel for plaintiff will have until August 31, 2010 to manually file the First Amended Complaint at the court's civil intake department.

Further motions will be set for hearing on September 27, 2010 at 8:30 a.m. Parties may stipulate to the briefing schedule provided that the reply is filed by September 20, 2010.

The Scheduling Conference set for September 9, 2010 is vacated and **taken off calendar.** Court will reset the scheduling conference on September 27, 2010.

                                                                                                :    06

                                                           Initials of Preparer    JG