1  CHAPIN FITZGERALD SULLIVAN LLP
2     Kenneth M. Fitzgerald, Esq. (SBN: 142505)
      kfitzgerald@cfslawfirm.com
3     Curtis G. Carll, Esq. (SBN: 248470)
4     ccarll@cfslawfirm.com
5  550 West "C" Street, Suite 2000
   San Diego, California  92101
6  Tel:  (619) 241-4810
7  Fax: (619) 955-5318
8
   Attorneys for Defendant
9  TODD M. LANE
10
11                   **UNITED STATES DISTRICT COURT**
12            **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
13

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION | Case No.:   CV10-01597 GW (MANx) |
| Plaintiff, | |
| vs. | **Defendant Todd M. Lane's Notice of Interested Parties** |
| ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE, | Honorable George H. Wu |
| Defendants | |

CV 10–01597 GW (MANx)

1  The undersigned, counsel of record for Defendant Todd M. Lane,
2 certifies that the following listed party may have a pecuniary interest in the
3 outcome of this case. These representations are made to enable the Court to
4 evaluate possible disqualification or recusal.

- CUNA Mutual Group and CUMIS Insurance Society, Inc., insurance carriers for Western Corporate Federal Credit Union.

DATED: November 1, 2010  CHAPIN FITZGERALD SULLIVAN LLP

By:  */s/ Curtis G. Carll*
Kenneth M. Fitzgerald, Esq.
Curtis G. Carll, Esq.
Attorneys for Defendant
TODD M. LANE

2

CV 10–01597 GW (MANx)