CHAPIN FITZGERALD SULLIVAN LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@cfslawfirm.com
    Curtis G. Carll, Esq. (SBN: 248470)
    ccarll@cfslawfirm.com
550 West "C" Street, Suite 2000
San Diego, California  92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Defendant
TODD M. LANE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE, <br><br> Defendants | Case No.:   CV10-01597 GW (MANx) <br><br> **Defendant Todd M. Lane's Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint** <br><br><br> Date:        December 20, 2010 <br> Time:        8:30 a.m. <br> Courtroom:   Los Angeles, 10 <br><br><br> Honorable George H. Wu |

To Parties and Their Counsel:

Defendant Todd M. Lane moves the Court to dismiss the First and Second Claims for Relief of the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

*Basis for Motion*:  The First Amended Complaint contains no allegations that Defendant Lane negligently breached fiduciary duties or was grossly negligent.  The First and Second Claims of the complaint, therefore, should be dismissed.

*Hearing on Motion*:  This motion will be heard by the Honorable George H. Wu, United States District Judge for the Central District of California. Judge Wu will hear the motion in Courtroom 10, located at 312 North Spring Street, Los Angeles, California, on December 20, 2010 at 8:30 a.m.

*Pre-Motion Conference*:  This motion is brought after conferring with counsel for Plaintiff, under Local Rule 7-3, on October 26 and 27, 2010.

*Papers Supporting Motion*:  This motion is based on this notice of motion and motion, the supporting memorandum, the First Amended Complaint, a future reply, and oral argument, if the Court permits.


DATED:   November 1, 2010          CHAPIN FITZGERALD SULLIVAN LLP



By:       */s/ Curtis G. Carll*
                    Kenneth M. Fitzgerald, Esq.
                    Curtis G. Carll, Esq.
                    Attorneys for Defendant
                    TODD M. LANE

2