1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   REYNOLD L. SIEMENS  #177956
2  Email: reynold.siemens@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
3  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7100
4  Facsimile: (213) 629-1033

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
6  Email: bruce.ericson@pillsburylaw.com
   GEORGE ALLEN BRANDT  #264935
7  Email: allen.brandt@pillsburylaw.com
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA  94120-7880
9  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200

10

11 Attorneys for Defendants ROBERT JOHN BURRELL, WILLIAM CHENEY, GORDON DAMES, ROBERT H. HARVEY, JR., JAMES JORDAN, TIMOTHY M. KRAMER, ROBIN LENTZ, JOHN M. MERLO, WARREN
12 NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE

13                 UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15                       WESTERN DIVISION

16

| | |
|---|---|
| 17 NATIONAL CREDIT UNION ADMINISTRATION BOARD AS<br>18 CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT<br>19 UNION,<br><br>20                         Plaintiff,<br><br>21        vs.<br><br>22 ROBERT A. SIRAVO, et al.,<br><br>23                         Defendants. | No. CV 10-01597 GW (MANx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Honorable George H. Wu<br>Courtroom 10<br>312 North Spring Street<br><br>Date:       December 20, 2010<br>Time:       8:30 a.m.<br>Courtroom: Los Angeles, 10 |

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE** that, on December 20, 2010, at 8:30 a.m. (a
3  time set by stipulated order, Doc. 89), before the Honorable George H. Wu,
4  United States District Judge for the Central District of California, in
5  Courtroom 10, located at 312 North Spring Street, Los Angeles, California,
6  Defendants **ROBERT JOHN BURRELL, WILLIAM CHENEY,**
7  **GORDON DAMES, ROBERT H. HARVEY, JR., JAMES JORDAN,**
8  **TIMOTHY M. KRAMER, ROBIN LENTZ, JOHN M. MERLO,**
9  **WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY** and
10 **SHARON UPDIKE** ("Defendants") will and hereby do move the Court for an
11 order dismissing the First Amended Complaint dated August 31, 2010
12 ("FAC") (Doc. 84), for failure to state a claim upon which relief can be
13 granted.

14       This motion is made and based on Rule 12(b)(6) of the Federal Rules of
15 Civil Procedure on the grounds that: (i) the First Claim and Second Claim in
16 the FAC (the only claims asserted against the Defendants) fail to state a claim
17 upon which relief can be granted against any of the Defendants; and (ii) the
18 First Claim and the Second Claim are barred by the applicable statute of
19 limitations as against defendants Chaney, Rhamy and Updike.

20       The motion is based upon this notice of motion and motion, the
21 memorandum filed herewith, any further papers as may be filed in connection
22 with this motion, and all the pleadings and record filed in this action.

23       This motion is made following the conference of counsel pursuant to
24 Local Rule 7-3, which took place on October 27, 2010.

25 ///
26 ///
27 ///
28

601309819v1                                          - 1 -    Notice of Motion and Motion to Dismiss
                                                              No. CV 10-01597 GW (MANx)

1  Dated: November 1, 2010.

2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   REYNOLD L. SIEMENS  #177956
3  Email: reynold.siemens@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
7  Email: bruce.ericson@pillsburylaw.com
   GEORGE ALLEN BRANDT  #264935
8  Email: allen.brandt@pillsburylaw.com
   50 Fremont Street
9  Post Office Box 7880
   San Francisco, CA  94120-7880
10 Telephone: (415) 983 1000
   Facsimile: (415) 983 1200

11

12
                By      /s/ Bruce A. Ericson
13                        Bruce A. Ericson

14 Attorneys for Defendants Robert John Burrell,
   William Cheney, Gordon Dames, Robert H. Harvey,
15 Jr., James Jordan, Timothy M. Kramer, Robin Lentz,
   John M. Merlo, Warren Nakamura, Brian Osberg,
16 David Rhamy and Sharon Updike

17

18

19

20

21

22

23

24

25

26

27

28

601309819v1                         - 2 -   Notice of Motion and Motion to Dismiss
                                             No. CV 10-01597 GW (MANx)