CHAPIN FITZGERALD SULLIVAN LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@cfslawfirm.com
   Curtis G. Carll, Esq. (SBN: 248470)
   ccarll@cfslawfirm.com
550 West C Street, Suite 2000
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Defendant
TODD M. LANE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION<br><br>          Plaintiff,<br>  vs.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br>          Defendants | Case No.: CV10-01597 GW (MANx)<br><br>**Defendant Todd M. Lane's Joinder In Defendants' Motion To Dismiss**<br><br>Date: December 20, 2010<br>Time: 8:30 a.m.<br>Courtroom: Los Angeles, 10<br><br>Honorable George H. Wu |

CV 10–01597 GW (MANx)

1 | Defendant Todd M. Lane hereby joins Defendants' Motion to Dismiss
2 | Plaintiff's First Amended Complaint, Docket Document No. 96, filed by
3 | Defendants Burrell, Cheney, Dames, Harvey, Jordan, Kramer, Lentz, Merlo,
4 | Nakamura, Osberg, Rhamy, and Updike on November 1, 2010.

DATED:  November 1, 2010         CHAPIN FITZGERALD SULLIVAN LLP

By:   */s/ Curtis G. Carll*
Kenneth M. Fitzgerald, Esq.
Curtis G. Carll, Esq.
Attorneys for Defendant
TODD M. LANE