**EXHIBIT A**

# TABLE OF AUTHORITIES

Page(s)

**CASES**

*American Trust Co. v. California Western States Life Ins. Co.,*
    15 Cal. 2d 42 (1940) ............................................................................. 13

*Amtower v. Photon Dynamics, Inc.,*
    158 Cal. App. 4th 1582 (2008) ............................................................... 9

*Ashcroft v. Iqbal,*
    __ U.S. __, 129 S. Ct. 1937, 173 L. Ed. 2d 868 (2009) ......................... 8

*Balistreri v. Pacifica Police Dep't,*
    901 F.2d 696 (9th Cir. 1988) .................................................................. 7

*Bancroft-Whitney Co. v. Glen,*
    64 Cal. 2d 327 (1966) ............................................................................. 8

*Barrett v. Bank of America,*
    183 Cal. App. 3d 1362 (1989) .............................................................. 12

*Bell Atlantic Corp. v. Twombley,*
    550 U.S. 544, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007) ................... 10

*Cohen v. S&S Construction Co.,*
    151 Cal. App. 3d 941 (1983) .......................................................... 15, 16

*Corson v. Brown Motel Inv., Inc.,*
    87 Cal. App. 3d 422 (1978) .................................................................. 17

*Engalla v. Permanente Medical Group,*
    15 Cal. 4th 951 (1997) .......................................................................... 10

*GAB Business Services, Inc. v. Lindsey & Newsom Claim Services, Inc.,*
    83 Cal. App. 4th 409 (2000) ................................................................... 8

*Gaillard v. Natomas,*
    208 Cal. App. 3d 1250 (1989) .............................................................. 19

*Gentry v. eBay,*
    99 Cal. App. 4th 816 (2002) ................................................................. 14

*Gilligan v. Jamco Development Corp.*,
108 F.3d 246 (9th Cir. 1997) ........................ 8

*Guth v. Loft*,
23 Del. Ch. 255, 5 A.2d 503 (1939) ........................ 8

*K. & M., Inc. v. LeCuyer*,
107 Cal. App. 2d 710 (1962) ........................ 13

*Lynch v. Cruttenden & Co.*,
18 Cal. App. 4th 802 (1993) ........................ 16

*Miniace v. Pacific Maritime Association*,
424 F.Supp.2d 1168 (N.D. Cal. 2006) ........................ 9

*Monolith Portland Midwest Co. v. Kaiser Aluminum & Chem. Corp.*,
267 F. Supp 726 (S.D. Cal. 1966) ........................ 17

*Neel v. Magana, Olney, Levy, Cathcart & Gelfand*,
6 Cal. 3d 176 (1971) ........................ 9, 12

*Neu v. Terminix Inter'l Co.*,
2008 WL 2951390 (N.D. Cal. 2008) ........................ 15

*Persson v. Smart Inventions*,
125 Cal. App. 4th 1141 (2005) ........................ 11

*Reeves v. Hanlon*,
33 Cal. 4th 1140 (2004) ........................ 8

*Renaissance Realty, Inc. v. Soriano*,
120 Cal. App. 3d Supp. 13 (1981) ........................ 11

*Sequoia Vacuum Systems v. Stransky*,
229 Cal. App. 2d 281 (1964) ........................ 9

*Silver v. Shemanski*,
89 Cal. App. 2d 520 (1949) ........................ 15

*Sprewell v. Golden State Warriors*,
266 F.3d 979, amended on other grounds, 275 F.3d 1187 (9th Cir. 2001) ........ 8

**STATUTES**

Federal Rule of Civil Procedure
    Rule 9 ................................................................................................................. 1
    Rule 12(b)(6) ............................................................................................... 7, 18

California Civil Code
    Section 1710(3) ......................................................................................... 10, 11
    Section 1573 ................................................................................................... 12

California Corporations Code
    Section 309 ..................................................................................................... 19
    Section 7231 ............................................................................................. 18, 19
    Section 7231(c) .............................................................................................. 19