Michael H. Bierman, State Bar No. 89156
Michael E. Pappas, State Bar No. 130400
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile:  213.892.7731
E-Mail:  mbierman@luce.com
         mpappas@luce.com

Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board As Conservator For Western Corporate Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Plaintiff,<br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**NOTICE OF ERRATA RE OPPOSITION OF PLAINTIFF NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION TO DEFENDANT TODD LANE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [DOCKET 100]**<br><br>**Date:** December 20, 2010<br>**Time:** 8:30 a.m.<br>**Judge:** Hon. George Wu |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Table of Authorities for the Opposition Of Plaintiff National Credit Union Administration Board As Conservator For Western Corporate Federal Credit Union To Defendant Todd Lane's Motion To

Case No. CV10-01597 GW (MANx)
NOTICE OF ERRATA RE NCUA'S OPPOSITION
TO LANE'S MOTION TO DISMISS
[DOCKET 100]

1  Dismiss First Amended Complaint (the "NCUA's Opposition"), filed on November
2  22, 2010 (Docket 100), contains inadvertent errors. A corrected version of the Table
3  of Authorities is attached hereto as Exhibit A.
4      In addition, the reference to California Corporations Code section 7321 on
5  page 4, line 18 of the NCUA's Opposition was in error. The correct reference is
6  California Corporations Code section 7231.

8  DATED: December 14, 2010    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    MICHAEL H. BIERMAN
9      MICHAEL E. PAPPAS

11      By:  /s/ Michael H. Bierman
12      Michael H. Bierman
    Attorneys For The National Credit Union
13      Administration Board As Conservator For
    Western Corporate Federal Union

15  201083692.1

Case No. CV10-01597 GW (MANx)
NOTICE OF ERRATA RE NCUA'S OPPOSITION
TO LANE'S MOTION TO DISMISS
[DOCKET 100]