**EXHIBIT A**

# Table of Authorities

**Page(s)**

CASES

*Ashcroft v. Iqbal,*
   __ U.S. __, 129 S. Ct. 1937, 173 L. Ed. 2d 868 (2009) .................................... 4

*Balistreri v. Pacifica Police Dep't,*
   901 F.2d 696 (9th Cir. 1988) ................................................................................ 3

*Bancroft-Whitney Co. v. Glen,*
   64 Cal. 2d 327 (1966) .......................................................................................... 5

*Bridgeport Holdings, Inc. Liquidating Trust v. Boyer,*
   388 B.R. 548 (Bankr. D. Del. 2008) ................................................................... 7

*Brummett v. County of Sacramento*
   21 Cal. 3d 880 (1978) .......................................................................................... 5

*Burt v. Irvine Co.,*
   237 Cal. App. 2d 828 (1965) ............................................................................... 5

*Decker v. City of Imperial Beach,*
   209 Cal. App. 3d 349 (1989) ............................................................................... 7

*GAB Business Services, Inc. v. Lindsey & Newsom Claim Services, Inc.,*
   83 Cal. App. 4th 409 (2000) ................................................................................ 5

*Gaillard v. Natomas,*
   208 Cal. App. 3d 1250 (1989) ............................................................................. 4

*Gantler v. Stephens,*
   965 A.2d 695 (Del. 2009) .................................................................................... 8

*Gilligan v. Jamco Development Corp.,*
   108 F.3d 246 (9th Cir. 1997) ............................................................................... 4

*Guth v. Loft,*
   23 Del. Ch. 255, 5 A.2d 503 (1939) ................................................................... 5

*Laird v. T. W. Mather, Inc.,*
   51 Cal. 2d 210 (1958) .......................................................................................... 5

*Reeves v. Hanlon,*
   33 Cal. 4th 1140 (2004) ....................................................................................... 5

*Sprewell v. Golden State Warriors,*
    266 F.3d 979, amended on other grounds, 275 F.3d 1187 (9th Cir. 2001) .......... 4

**STATUTES**

Federal Rules of Civil Procedure
    Rule 8 .................................................................................................. 1, 7, 8
    Rule 12(b)(6) ............................................................................................ 3, 4

California Corporations Code
    Section 309 ................................................................................................. 4
    Section 7231 ............................................................................................... 4

201080809.4