Michael H. Bierman, State Bar No. 89156
Michael E. Pappas, State Bar No. 130400
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile:  213.892.7731
E-Mail:  mbierman@luce.com
         mpappas@luce.com

Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board As Conservator For Western Corporate Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>    Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**NOTICE OF ERRATA RE OPPOSITION OF PLAINTIFF NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION TO DIRECTORS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [DOCKET 102]**<br><br>**Date:  December 20, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. George Wu** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Table of Contents and Table of Authorities for the Opposition Of Plaintiff National Credit Union Administration Board As Conservator For Western Corporate Federal Credit Union To Directors'

Motion To Dismiss First Amended Complaint (the "NCUA's Opposition"), filed on November 22, 2010 (Docket 102), contains inadvertent errors. A corrected version of the Table of Contents and Table of Authorities is attached hereto as Exhibit A.

In addition, the references to California Corporations Code section 7321 where they appear in the NCUA's Opposition were in error. The correct reference is California Corporations Code section 7231.

DATED:  December 14, 2010    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
MICHAEL E. PAPPAS


By:    /s/ Michael H. Bierman
Michael H. Bierman
Attorneys For The National Credit Union Administration Board As Conservator For Western Corporate Federal Union

201083693.1

Case No. CV10-01597 GW (MANx)
NOTICE OF ERRATA RE NCUA'S OPPOSITION
TO DIRECTORS' MOTION TO DISMISS
[DOCKET 102]