**EXHIBIT A**

# TABLE OF CONTENTS

Page


INTRODUCTION ..... 1

THE ALLEGATIONS OF THE FIRST AMENDED COMPLAINT ..... 4

APPLICABLE LEGAL STANDARD ..... 8

LEGAL ARGUMENT ..... 8

I. THE BUSINESS JUDGMENT RULE DOES NOT ELIMINATE THE BREACH OF FIDUCIARY DUTY CLAIM AGAINST THE DIRECTORS. ..... 8

A. Section 7231 Imposes A Duty Of Care On Directors. ..... 8

B. The Business Judgment Rule Does Not Require Enhanced Pleading ..... 10

C. Application Of The Standard Of Care Is An Issue Of Fact. ..... 11

D. The First Amended Complaint States A Claim For Breach Of Fiduciary Duty Notwithstanding The Business Judgment Rule. ..... 13

E. The Directors' Assertions Of Pleading Defects Are Meritless ..... 14

1. The NCUA Need Not Allege Irrational Or Overreaching Conduct Or Violation Of The Duty Of Loyalty ..... 14

2. The Directors' Assertions About Their Conduct Raise Issues For Trial, Not This Motion To Dismiss. ..... 16

II. THE FIRST AMENDED COMPLAINT STATES A CLAIM AGAINST BURRELL FOR NEGLIGENCE ..... 19

III. THE CLAIM FOR VIOLATION OF 12 U.S.C. § 1787(h) IS VIABLE. ..... 20

A. Section 1787(h) Creates An Independent Federal Claim For Damages. ..... 20

B. The Allegations Of The First Amended Complaint Are Sufficient To Plead Gross Negligence. ..... 21

IV. THE STATUTES OF LIMITATIONS DO NOT BAR ANY CLAIMS ..... 23

A. The Limitations Period For The First Claim For Relief Is Four Years. ..... 23

B. The Statute Of Limitations Does Not Bar The Section 1787(h) Claim ..... 24

CONCLUSION ..... 25

# TABLE OF AUTHORITIES

**Page(s)**

CASES

*Ashcroft v. Iqbal*, __ U.S. __, 129 S. Ct. 1937, 173 L. Ed. 2d 868 (2009) .............................. 8, 10

*Atherton v. FDIC*, 519 U.S. 213, 117 S. Ct. 666, 136 L.Ed.2d 656 (1997) .............................. 20, 21

*Balistreri v. Pacifica Police Dep't*, 901 F.2d 696 (9th Cir. 1988) .............................. 8

*Barber v. Chang*, 151 Cal. App. 4th 1456 (2007) .............................. 11

*Barnes v. State Farm Mut. Auto. Ins. Co.*, 16 Cal. App. 4th 365 (1993) .............................. 12

*Bell Atlantic Corp. v. Twombley*, 550 U.S. 544 (2007) .............................. 10

*Berg & Berg Enters., LLC v. Boyle*, 178 Cal. App. 4th 1020 (2008) .............................. 10, 11

*Brummett v. County of Sacramento*, 21 Cal. 3d 880 (1978) .............................. 11

*Bunnell v. Department of Corrections*, 64 Cal. App. 4th 1360 (1998) .............................. 24

*Burt v. Irvine Co.*, 237 Cal. App. 2d 828 (1965) .............................. 22

*City of Santa Barbara v. Superior Court*, 41 Cal. 4th 747 (2007) .............................. 22

*Continental Ins. Co. v. Am. Prot. Indus.*, 197 Cal. App. 3d 322 (1987) .............................. 21

*Decker v. City of Imperial Beach*, 209 Cal. App. 3d 349 (1989) .............................. 22

*Fairchild v. Bank of America*, 192 Cal. App. 2d 252 (1961) .............................. 12

*FDIC v. Castetter*, 184 F.3d 1040 (9th Cir. 1999) ... 9, 14, 18, 19

*FDIC v. Former Officers & Directors of Metro. Bank*, 884 F.2d 1304 (9th Cir. 1989) ... 8, 23, 24

*FDIC v. Jackson*, 133 F.3d 694 (9th Cir. 1998) ... 23

*FDIC v. McSweeney*, 976 F.2d 532 (9th Cir. 1992) ... 20, 23

*Findley v. Garrett*, 109 Cal. App. 2d 166 (1952) ... 12

*Fox v. Hale & Norcross Silver Min. Co.*, 108 Cal. 369 (1895) ... 21

*Frances T. v. Village Green Owners Ass'n*, 42 Cal. 3d 490 (1986) ... 12

*Gaillard v. Natomas*, 208 Cal. App. 3d 1250 (1989) ... 9, 20

*Gilligan v. Jamco Development Corp.*, 108 F.3d 246 (9th Cir. 1997) ... 8

*Guaranty Trust Co. v. United States*, 304 U.S. 126, 58 S.Ct. 785, 82 L.Ed. 1224 (1938) ... 24

*In re Citigroup Inc. Shareholder Derivative Litig.*, 964 A. 2d 106 (Del. Ch. 2009) ... 12

*In re Walt Disney Co. Derivative Litigation*, 907 A. 2d 693 (Del. Ch. 2005) ... 22

*Katz v. Chevron Corporation*, 22 Cal. App. 4th 1352 (1994) ... 14

*King v. United States*, 301 F.3d 1270 (10th Cir. 2002) ... 24

*Laird v. T. W. Mather, Inc.*, 51 Cal. 2d 210 (1958) ... 11

*Lamden v. La Jolla Shores*, 21 Cal. 4th 249 (1999) .................... 8, 12

*Lee v. Interinsurance Exchange of the Automobile Club of Southern California*, 50 Cal. App. 4th 694 (1996).................... 8, 12

*Lehman v. Superior Court*, 145 Cal. App. 4th 109 (2006).................... 23

*LLP Mortg. v. Bizar*, 126 Cal. App. 4th 773 (2005).................... 24

*Martinez v. United States*, No. EDCV 09-0375-SVW (RC), 2010 US Dist. Lexis 105763 (CD Cal. Mar. 25, 2010).................... 21

*McMichael v. United States Filter Corp.*, 2001 U.S. Dist LEXIS 3918 (C.D. Cal. 2001).................... 12, 19

*Pool v. City of Oakland*, 42 Cal. 3d 1051 (1986) .................... 11

*Ritter & Ritter Pension & Profit Sharing Plan v. Churchill*, 166 Cal. App. 4th 103 (2008).................... 10, 14

*RTC v. Blasdell*, 930 F. Supp. 417 (D. Ariz. 1994).................... 22, 23

*Saenz v. Whitewater Voyages, Inc.*, 226 Cal. App. 3d 758 (1991).................... 21

*Sprewell v. Golden State Warriors*, 266 F.3d 979 amended on other grounds, 275 F.3d 1187 (9th Cir. 2001).................... 8

*Van Meter v. Bent Construction Co.*, 46 Cal. 2d 588 (1956) .................... 22

**STATUTES**

12 U.S.C.
Section 1787(b)(2)(A) ..... 24
Section 1787(b)(14) ..... 24
Section 1787(b)(14)(B)(i) ..... 23
Section 1787(h) ..... 3, 4, 6, 20, 21, 24
Section 1821(k) ..... 20, 21

Federal Rules of Civil Procedure
Rule 8(a)(2) ..... 10
Rule 9 ..... 10
Rule 12(b)(6) ..... 3, 8, 14

12 C.F.R
Section 703 ..... 18
Section 704 ..... 18

California Code of Civil Procedure
Section 343 ..... 23

California Corporations Code
Section 309 ..... 8, 9, 10, 12, 14, 20
Section 7231 ..... 1, 2, 8, 9, 10, 12, 13, 14, 15, 16, 18, 19

California Financial Code
Section 14002.5 ..... 8