Michael H. Bierman, State Bar No. 89156
Michael E. Pappas, State Bar No. 130400
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile:  213.892.7731
E-Mail:   mbierman@luce.com
          mpappas@luce.com

Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>        Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

## RECITALS

A. Plaintiff, the National Credit Union Administration Board as Liquidator for Western Corporate Federal Credit Union ("NCUA") filed a Second Amended Complaint in this action on February 22, 2011.

B. Pursuant to Federal Rules of Civil Procedure, Rule 15(a) the time for defendants to respond to the Second Amended Complaint is March 8, 2011.

C. Several of the defendants intend to file motions to dismiss some or all of the claims set forth in the Second Amended Complaint. Counsel for defendants expect to file, collectively, at least three separate motions to dismiss, plus joinders in each others' motions.

D. To allow each of the parties sufficient time to prepare the motions, oppositions and replies thereto, the have agreed on a briefing schedule.

E. The parties have selected June 9, 2011, as a hearing date. The date was selected in an attempt to accommodate multiple business and personal conflicts, including previously scheduled vacations over differing Spring Break holidays that would otherwise conflict various counsel's times for briefing the anticipated motions.

## STIPULATION

Based on the foregoing, NCUA and all defendants through their respective counsel hereby stipulate as follows and respectfully request that this Stipulation be made an order of the Court (a [Proposed] Order is attached):

1. Defendants, and each of them, may have to and including April 18, 2011 to file their responses to the Second Amended Complaint.

2. The briefing schedule for any motion to dismiss filed in response to the Second Amended Complaint shall be briefed and heard on the following schedule:

    a. Any oppositions shall be served and filed by May 12, 2011.

    b. Replies shall be served and filed by May 26, 2011.

| | | |
|---|---|---|
| 1 | c. | The hearing on the motions shall be June 9, 2011. |
| 2 | d. | The Court shall set a date for a Scheduling Conference in this matter |

at the hearing on June 9, 2011.

DATED: March 10, 2011    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
MICHAEL E. PAPPAS


By: /s/ Michael H. Bierman
Michael H. Bierman
Attorneys For The National Credit Union
Administration Board As Liquidating Agent
For Western Corporate Federal Union

DATED: March 10, 2011    PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS
BRUCE A. ERICSON
GEORGE ALLEN BRANDT


By: /s/ Bruce A. Ericson
Bruce A. Ericson
Attorneys for Defendants Robert John Burrell, William Cheney, Gordon Dames, Robert H. Harvey, Jr., James Jordan, Timothy M. Kramer, Robin Lentz, John M. Merlo, Warren Nakamura, Brian Osberg, David Rhamy and Sharon Updike

DATED: March 10, 2011    ORRICK, HERRINGTON & SUTCLIFFE LLP
EDWIN V. WOODSOME, JR.
ANDREW S. WONG
SETH E. FREILICH


By: /s/ Seth E. Freilich
Seth E. Freilich
Attorneys for Defendant Timothy Sidley

3

Case No. CV10-01597 GW (MANx)
JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO SECOND
AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: March 10, 2011 | MUNGER TOLLES & OLSON LLP<br>RICHARD E. DROOYAN<br>BRAD D. BRIAN |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Richard E. Drooyan<br>Richard E. Drooyan<br>Attorneys for Defendants Robert Siravo and Thomas Swedberg |
| 6 | | |
| 7 | DATED: March 10, 2011 | CHAPIN FITZGERALD & SULLIVAN LLP<br>KENNETH M. FITZGERALD<br>CURTIS CARLL |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Kenneth M. Fitzgerald<br>Kenneth M. Fitzgerald<br>Attorneys for Defendant Todd Lane |
| 12 | | |

201097637.2