1  Michael H. Bierman, State Bar No. 89156
2  Michael E. Pappas, State Bar No. 130400
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  601 S. Figueroa, Suite 3900
   Los Angeles, California 90017
4  Telephone: 213.892.4992
   Facsimile:  213.892.7731
5  E-Mail:  mbierman@luce.com
            mpappas@luce.com
6
7  Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board
   As Liquidating Agent For Western Corporate Federal Credit Union
8
9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>          Plaintiff,<br><br>   v.<br><br>   ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>          Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

Case No. CV10-01597 GW (MANx)
[PROPOSED] ORDER

Pursuant to the Joint Stipulation Extending Time to Respond to the Second Amended Complaint and Setting Briefing Schedule filed with the Court, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendants, and each of them, may have to and including April 18, 2011 to file their responses to the Second Amended Complaint.

2. In the event that any of the defendants responds to the Second Amended Complaint by way of a motion, such motion shall be briefed and heard on the following schedule.

    a. Any oppositions shall be served and filed by May 12, 2011.

    b. Replies shall be served and filed by May 26, 2011.

    c. The hearing on the motions shall be June 9, 2011.

    d. The Court sets a Scheduling Conference for **June 9, 2011 at 8:30 a.m.**

Dated: March 21, 2011              _____
                                                    HON. GEORGE H. WU
                                                    UNITED STATES DISTRICT JUDGE

201097639.1