1

CHAPIN FITZGERALD SULLIVAN LLP

2

    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@cfslawfirm.com

3

    Curtis G. Carll, Esq. (SBN: 248470)

4

    ccarll@cfslawfirm.com

5

550 West "C" Street, Suite 2000
San Diego, California  92101

6

Tel:  (619) 241-4810

7

Fax:  (619) 955-5318

8

Attorneys for Defendant
Todd M. Lane

9

10

## UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

13

**National Credit Union**

14

**Administration Board**, *as Liquidating*

15

*Agent for  Western Corporate Federal Credit Union*,

16

                Plaintiff,

17

    vs.

18

**Robert A. Siravo**, *et al.*,

19

                Defendants.

20

21

22

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:   CV10-01597 GW (MANx)

**Defendant Todd M. Lane's Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint**

Date:      June 9, 2011
Time:      8:30 a.m.
Courtroom:  Los Angeles, 10

Honorable George H. Wu

23

24

25

26

27

28

To Parties and Their Counsel:

Defendant Todd M. Lane moves the Court to dismiss the First Claim for Relief of the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

*Basis for Motion.*  The Second Amended Complaint fails to allege facts sufficient to show that Lane breached his fiduciary duties to Western Corporate Federal Credit Union ("WesCorp") in that there are no allegations that he acted in bad faith; engaged in any wrongful, misleading or improper conduct; failed to provide the Board with requested information; or abdicated his responsibilities. This argument is set forth in the memorandum of points and authorities filed in support of the Joint Officers' Motion to Dismiss, which Lane adopts and joins.

In addition, the Second Amended Complaint fails the standard of specificity and plausibility under Federal Rule of Civil Procedure 8, as described in *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009), because it does not allege that Lane had a role in, or responsibility for, the actions and decisions that Plaintiff alleges caused WesCorp's damages, i.e. the overconcentration of investments in private-label mortgage-based securities.

*Hearing on Motion.*  This motion will be heard by the Honorable George H. Wu, United States District Judge for the Central District of California.  Judge Wu will hear the motion in Courtroom 10, located at 312 North Spring Street, Los Angeles, California, on June 9, 2011, 2010 at 8:30 a.m.

*Pre-Motion Conference.*  This motion is brought after joint-defense counsel conferred with counsel for Plaintiff, under Local Rule 7-3, on April 13, 2011, and after Lane's counsel conferred individually with counsel for Plaintiff on the same day.

///

///

*Papers Supporting Motion.*  This motion is based on this notice of motion and motion, the supporting memorandum of points and authorities, the memorandum of points and authorities filed in support of the Joint Officers' Motion to Dismiss, the Second Amended Complaint, and the Request for Judicial Notice filed by the Directors in support of their Motion to Dismiss, Lane's Request for Judicial Notice, a future reply, and oral argument, if the Court permits.

DATED:   April 18, 2011            CHAPIN FITZGERALD SULLIVAN LLP


                                   By:   /s/ Curtis G. Carll
                                         Kenneth M. Fitzgerald, Esq.
                                         Curtis G. Carll, Esq.
                                         Attorneys for Defendant
                                         Todd M. Lane