| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | REYNOLD L. SIEMENS  #177956 |
| 2 | Email:  reynold.siemens@pillsburylaw.com |
|   | 725 South Figueroa Street, Suite 2800 |
| 3 | Los Angeles, CA 90017-5406 |
|   | Telephone:  (213) 488-7100 |
| 4 | Facsimile:  (213) 629-1033 |

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
Email:  bruce.ericson@pillsburylaw.com
GEORGE ALLEN BRANDT  #264935
Email:  allen.brandt@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants ROBERT JOHN BURRELL, WILLIAM CHENEY, GORDON DAMES, ROBERT H. HARVEY, JR., JAMES JORDAN, TIMOTHY M. KRAMER, ROBIN LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. SIRAVO, et al.,<br><br>Defendants. | No. CV 10-01597 GW (MANx)<br><br>**DIRECTORS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. 116)**<br><br>Honorable George H. Wu<br>Courtroom 10<br>312 North Spring Street<br><br>Date:      June 9, 2011<br>Time:      8:30 a.m.<br>Courtroom:  Los Angeles, 10 |

601426987v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on Thursday, June 9, 2010, at 8:30 a.m. (a date and time set by stipulated order, Doc. 118), before the Honorable George H. Wu, United States District Judge for the Central District of California, in Courtroom 10, located at 312 North Spring Street, Los Angeles, California, Defendants **WILLIAM CHENEY, GORDON DAMES, ROBERT H. HARVEY, JR., JAMES JORDAN, TIMOTHY M. KRAMER, ROBIN LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY** and **SHARON UPDIKE** (the "Directors") will and hereby do move the Court for an order dismissing the Second Amended Complaint dated February 22, 2011, Doc. 116 ("SAC"), without leave to amend for failure to state a claim upon which relief can be granted.

This motion is made and based on Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Second, Third and Fourth Claims in the SAC (the only claims asserted against the Directors) fail to state a claim upon which relief can be granted against any of the Directors.  The SAC alleges no facts that establish conflict of interest, fraud, oppression, or corruption on the part of any Director, or a complete abdication of corporate responsibility by any Director.  The SAC accordingly does not overcome California's Business Judgment Rule and therefore fails to state a claim.

The motion is based upon this notice of motion and motion, the memorandum filed herewith, the request for judicial notice filed herewith, any further papers as may be filed in connection with this motion, and all the pleadings and record filed in this action.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 13, 2011.

///

1    Dated:  April 18, 2011.

2    PILLSBURY WINTHROP SHAW PITTMAN LLP
     REYNOLD L. SIEMENS  #177956
3    Email:  reynold.siemens@pillsburylaw.com
     725 South Figueroa Street, Suite 2800
4    Los Angeles, CA 90017-5406
     Telephone:  (213) 488-7100
5    Facsimile:  (213) 629-1033

6    PILLSBURY WINTHROP SHAW PITTMAN LLP
     BRUCE A. ERICSON  #76342
7    Email:  bruce.ericson@pillsburylaw.com
     GEORGE ALLEN BRANDT  #264935
8    Email:  allen.brandt@pillsburylaw.com
     50 Fremont Street
9    Post Office Box 7880
     San Francisco, CA  94120-7880
10   Telephone: (415) 983 1000
     Facsimile: (415) 983 1200

11

12
           By         */s/ Bruce A. Ericson*
13                      Bruce A. Ericson

14   Attorneys for Defendants Robert John Burrell,
     William Cheney, Gordon Dames, Robert H. Harvey,
15   Jr., James Jordan, Timothy M. Kramer, Robin Lentz,
     John M. Merlo, Warren Nakamura, Brian Osberg,
16   David Rhamy and Sharon Updike

17

18

19

20

21

22

23

24

25

26

27

28

601426987v1                          - 2 -                  Directors' Notice of Motion and Motion to
                                                            Dismiss SAC, No. CV 10-01597 GW (MANx)