Michael H. Bierman, State Bar No. 89156
Michael E. Pappas, State Bar No. 130400
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile: 213.892.7731
E-Mail:   mbierman@luce.com
          mpappas@luce.com

Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board As Conservator For Western Corporate Federal Credit Union and prospective plaintiff National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>    Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**JOINT STIPULATION TO SUBSTITUTE NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION IN PLACE OF PLAINTIFF NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION [Fed. R. Civ. P. 25(c)]** |

# RECITALS

1. On March 19, 2009, the National Credit Union Administration Board ("NCUA") placed Western Corporate Federal Credit Union ("WesCorp") into conservatorship and appointed itself Conservator (the "NCUA as Conservator") pursuant to 12 U.S.C. § 1786(h)(1).

2. On October 1, 2010, the NCUA Board placed WesCorp into involuntary liquidation pursuant to 12 U.S.C. § 1766(a) and § 1787(a)(1)(A) and appointed itself as Liquidating Agent of WesCorp (the "NCUA as Liquidating Agent").

3. On February 22, 2011, the NCUA as Liquidating Agent filed the Second Amended Complaint (Docket No. 116) (the "SAC") in this action, the currently operative complaint against the sixteen individual defendants (the "Defendants")

4. The NCUA represents and agrees that:

   (a) The NCUA as Liquidating Agent has, for the benefit of the liquidation estate of WesCorp, the powers set forth in 12 U.S.C. § 1787(b), including but not limited to the powers set forth in 12 U.S.C. § 1787(b)(2)(A);

   (b) The NCUA as Liquidating Agent is by 12 U.S.C. § 1787(b) the successor to WesCorp and the NCUA as Conservator, and therefore is the proper party to pursue the claims set forth in the SAC and the real party in interest in this action;

   (c) The NCUA as Liquidating Agent is by 12 U.S.C. § 1787(b) the successor to WesCorp and the NCUA as Conservator, and therefore is the proper party against which Defendants' claims, counterclaims, cross-claims and affirmative defenses arising out of the acts or omissions of WesCorp and the NCUA as Conservator and/or Liquidator are to be asserted in this action;

5. The NCUA as Liquidating Agent seeks a formal order substituting it as the plaintiff in this action pursuant to Fed. R. Civ. P. 25(c) in lieu and in place of the

NCUA as Conservator, and Defendants do not object to this.

## STIPULATION

In light of the above, the parties hereto, by and through their counsel, stipulate and agree as follows:

1. The NCUA as Liquidating Agent may be substituted into this case pursuant to Fed. R. Civ. P. 25(c) as plaintiff in place of the NCUA as Conservator.

2. This stipulation, and the substitution of the NCUA as Liquidating Agent, do not affect in any way whatever rights, if any, Defendants may have to assert claims, counterclaims, cross-claims or affirmative defenses (pursuant to Fed. R. Civ. P. 13 and 14, or otherwise) against WesCorp or against the NCUA as Conservator and/or Liquidating Agent (the NCUA does not by this stipulation concede that Defendants have any such rights).

3. This stipulation, and the substitution of the NCUA as Liquidating Agent, do not affect in any way the motions to dismiss the SAC filed on April 18, 2011 (Docket Nos. 119-123).

4. This stipulation, if made an order of the Court, fully resolves the Director Defendants' Motion to Substitute Plaintiff Pursuant to Fed. R. Civ. P. 25(c), Docket No. 124.

**IT IS SO STIPULATED**

DATED: May 11, 2011     LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
MICHAEL E. PAPPAS

By: _____
Michael H. Bierman
Attorneys for Plaintiff and Intervenor,
National Credit Union Administration Board
As Conservator For Western Corporate
Federal Credit Union and prospective plaintiff
National Credit Union Administration Board
As Liquidating Agent For Western Corporate
Federal Credit Union

| | |
|---|---|
| DATED: May 10, 2011 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>REYNOLD L. SIEMENS<br>BRUCE A. ERICSON<br>GEORGE ALLEN BRANDT<br><br>By: _/s/ Bruce Ericson by M. Popa_<br>Bruce A. Ericson<br>Attorneys for Defendants Robert John Burrell, William Cheney, Gordon Dames, Robert H. Harvey, Jr., James Jordan, Timothy M. Kramer, Robin Lentz, John M. Merlo, Warren Nakamura, Brian Osberg, David Rhamy and Sharon Updike |
| DATED: May 10, 2011 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KENT B. GOSS<br>SETH E. FREILICH<br><br>By: _/s/ Seth Freilich by M. Popa_<br>Seth E. Freilich<br>Attorneys for Defendant Timothy Sidley |
| DATED: May 10, 2011 | MUNGER TOLLES & OLSON LLP<br>RICHARD E. DROOYAN<br>BRAD D. BRIAN<br><br>By: _/s/ Richard Drooyan by M. Popa_<br>Richard E. Drooyan<br>Attorneys for Defendants Robert Siravo and Thomas Swedberg |
| DATED: May 10, 2011 | CHAPIN FITZGERALD & SULLIVAN LLP<br>KENNETH M. FITZGERALD<br>CURTIS CARLL<br><br>By: _/s/ Kenneth Fitzgerald by M. Popa_<br>Kenneth M. Fitzgerald<br>Attorneys for Defendant Todd Lane |

201113817.1