Michael H. Bierman, State Bar No. 89156
Michael E. Pappas, State Bar No. 130400
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile:  213.892.7731
E-Mail:   mbierman@luce.com
          mpappas@luce.com

Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board As Conservator For Western Corporate Federal Credit Union and prospective plaintiff National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>    Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**[PROPOSED] ORDER PURSUANT TO STIPULATION TO SUBSTITUTE NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION IN PLACE OF PLAINTIFF NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION [Fed. R. Civ. P. 25(c)]** |

Pursuant to the Joint Stipulation to Substitute National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union in Place of Plaintiff National Credit Union Administration Board as Conservator for Western Corporate Federal Credit Union [Fed. R. Civ. P. 25(c)] filed with the Court on May __, 2011 (the "Joint Stipulation"),

IT IS ORDERED THAT:

1. The NCUA as Liquidating Agent may be, and hereby is, substituted into this case pursuant to Fed. R. Civ. P. 25(c) as plaintiff in place of the NCUA as Conservator, in accordance with the terms of the Joint Stipulation.

2. The Joint Stipulation and this order fully resolve the Director Defendants' Motion to Substitute Plaintiff Pursuant to Fed. R. Civ. P. 25(c), Docket No. 124.

DATED: May __, 2011

_____
Hon. George H. Wu
United States District Judge