CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@cfsblaw.com
   Curtis G. Carll, Esq. (SBN: 248470)
   ccarll@cfsblaw.com
550 West "C" Street, Suite 2000
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Defendant
Todd M. Lane

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **National Credit Union Administration Board**, *as Liquidating Agent for Western Corporate Federal Credit Union,*<br><br>        Plaintiff,<br><br>vs.<br><br>**Robert A. Siravo**, *et al.,*<br><br>        Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**Defendant Todd M. Lane's Reply to Objections to Request for Judicial Notice**<br><br>Date: June 9, 2011<br>Time: 8:30 a.m.<br>Courtroom: Los Angeles, 10<br><br>The Honorable George H. Wu |

1 | Plaintiff NCUA responded to the Requests for Judicial Notice of the
2 | Director Defendants and Defendant Todd M. Lane with a joint opposition.
3 | Defendant Lane joins and adopts the Directors' Reply to the NCUA's Objections
4 | to Requests for Judicial Notice.

DATED:  May 26, 2011                CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP

                                    By:    /s/ *Kenneth M. Fitzgerald*
                                           Kenneth M. Fitzgerald, Esq.
                                           Curtis G. Carll, Esq.
                                           Attorneys for Defendant
                                           Todd M. Lane