UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1597-GW(MANx) | Date | June 2, 2011 |
|---|---|---|---|
| Title | *1st Valley Credit Union, et al. v. Donna Bland, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER RE:**

**DEFENDANTS ROBERT A. SIRAVO AND THOMAS E. SWEDBERG'S MOTION TO DISMISS COUNTS FIVE AND SIX OF SECOND AMENDED COMPLAINT (filed 04/18/11)**

**DEFENDANT TODD M. LANE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (filed 04/18/11)**

**DEFENDANT OFFICER DEFENDANTS MOTION TO DISMISS THE FIRST CLAIM FOR RELIEF OF THE SECOND AMENDED COMPLAINT (filed 04/18/11)**

**DEFENDANT DIRECTORS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (filed 04/18/11)**

**DEFENDANTS' MOTION TO SUBSTITUTE PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(c) (filed 04/18/11)**

**SCHEDULING CONFERENCE**

The Court, on its own motion, continues the above-entitled motions and the scheduling conference, presently set for June 9, 2011, to **July 7, 2011 at 8:30 a.m.**

:

Initials of Preparer   JG