1  CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
2      Kenneth M. Fitzgerald, Esq. (SBN: 142505)
       Curtis G. Carll, Esq. (SBN: 248470)
3  550 West "C" Street, Suite 2000
4  San Diego, California  92101
   Tel:  (619) 241-4810
5  Fax: (619) 955-5318
6
   Attorneys for Defendant
7  Todd M. Lane

8
                  UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | **National Credit Union** )  Case No.:   CV10-01597 GW (MANx)
   | **Administration Board,** *as Liquidating* )
13 | *Agent for Western Corporate Federal* )  **Defendant Todd M. Lane's**
   | *Credit Union*, )  **Supplemental Request for Judicial**
14 | )  **Notice in Support of Motion to**
15 | Plaintiff, )  **Dismiss Plaintiff's Second Amended**
   | )  **Complaint**
16 | vs. )
   | )
17 | **Robert A. Siravo**, *et al.*, )  Date:        July 7, 2011
18 | )  Time:        8:30 a.m.
   | Defendants. )  Courtroom:  Los Angeles, 10
19 | )
20 | )  Honorable George H. Wu
21 | )

22

23

24

25

26

27

28

1    Defendant Todd M. Lane hereby joins the Supplemental Request for

2 Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Second

3 Amended Complaint (Doc. 140) filed by Defendants Burrell, Cheney, Dames,

4 Harvey, Jordan, Kramer, Lentz, Merlo, Nakamura, Osberg, Rhamy, and Updike

5 on June 23, 2011.

6

7 Dated:   June 23, 2011                    CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP

8

9                                          By:       */s/ Curtis G. Carll*

10                                                    Kenneth M. Fitzgerald, Esq.
                                                     Curtis G. Carll, Esq.
11                                                   Attorneys for Defendant
12                                                   Todd M. Lane

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28