KENT B. GOSS (State Bar No. 131499)
kgoss@orrick.com
SETH E. FREILICH (State Bar No. 217321)
sfreilich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone:   (213) 629-2020
Facsimile:   (213) 612-2499

Attorneys for Defendant TIMOTHY T. SIDLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, et al.,<br><br>Defendants. | Case No.  CV10-01597 GW (MANx)<br><br>**DEFENDANT TIMOTHY T. SIDLEY'S JOINDER IN SUPPLEMENMTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:         July 7, 2011<br>Time:         8:30 a.m.<br>Courtroom:  10<br><br>Honorable George H. Wu |

OHS WEST:261196068.1

1 | Defendant Timothy T. Sidley hereby joins the Supplemental Request for
2 | Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Second
3 | Amended Complaint filed on June 23, 2011 as Docket No. 140.

DATED: June 23, 2011

Kent B. Goss
Seth E. Freilich
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Seth E. Freilich*
      SETH E. FREILICH

Attorneys For Defendant
TIMOTHY T. SIDLEY