1  BRAD D. BRIAN (State Bar No. 079001)
   Brad.Brian@mto.com
2  RICHARD E. DROOYAN (State Bar No. 065672)
   Richard.Drooyan@mto.com
3  LAURA D. SMOLOWE (State Bar No. 263012)
   Laura.Smolowe@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:   (213) 683-9100
   Facsimile:    (213) 687-3702
7
   Attorneys for Defendant
8  Robert A. Siravo

9  [Attorneys for remaining Officer Defendants listed
   separately on next page]
10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION, | CASE NO. CV10-01597 GW (MANx) |
|---|---|
| Plaintiff, | **ORDER EXTENDING RULE 26 DEADLINES** |
| vs. | |
| ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE, | |
| Defendants. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    REYNOLD L. SIEMENS #177956
2   Email: reynold.siemens@pillsburylaw.com
    725 South Figueroa Street, Suite 2800
3   Los Angeles, CA 90017-5406
    Telephone:   (213) 488-7100
4   Facsimile:    (213) 629-1033
    PILLSBURY WINTHROP SHAW PITTMAN LLP
5   BRUCE A. ERICSON #76342
    Email: bruce.ericson@pillsburylaw.com
6   GEORGE ALLEN BRANDT #264935
    Email: allen.brandt@pillsburylaw.com
7   50 Fremont Street
    Post Office Box 7880
8   San Francisco, CA 94120-7880
    Telephone:   (415) 983-1000
9   Facsimile:    (415) 983-1200

10  Attorneys for Defendants
    Robert John Burrell, William Cheney, Gordon Dames,
11  Robert H. Harvey, Jr., James Jordan, Timothy M.
    Kramer, Robin Lentz, John M. Merlo, Warren
12  Nakamura, Brian Osberg, David Rhamy and
    Sharon Updike
13
    KENT B. GOSS (State Bar No. 131499)
14  kgoss@orrick.com
    SETH E. FREILICH (State Bar No. 217321)
15  sfreilich@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
16  777 South Figueroa Street, Suite 3200
    Los Angeles, California 90017-5855
17  Telephone:   (213) 629-2020
    Facsimile:    (213) 612-2499
18
    Attorneys for Defendant
19  Timothy T. Sidley

20  CHAPIN FITZGERALD SULLIVAN LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
21  kfitzgerald@cfslawfirm.com
    Curtis G. Carll, Esq. (SBN: 248470)
22  ccarll@cfslawfirm.com
    550 West C Street, Suite 2000
23  San Diego, California 92101
    Telephone:   (619) 241-4810
24  Facsimile:    (619) 955-5318

25  Attorneys for Defendant
    Todd M. Lane
26

27

28

14226148.1

CASE NO. CV10-01597 GW (MANx)
PROPOSED ORDER EXTENDING RULE 26
DEADLINES

1    Pursuant to the Joint Stipulation To Extend Time For Rule 26(a) Disclosures

2  and Rule 26(f) Conference, and good cause appearing,

3    IT IS HEREBY ORDERED that:

4

5    1.    A Rule 26(f) conference shall be held within 14 days after the deadline

6  for filing of answers (either to the Second Amended Complaint, or a Third

7  Amended Complaint, whichever is later).

8    2.    Initial Disclosures pursuant to Rule 26(a) shall be due within 14 days

9  after the Rule 26(f) conference.

10    3.    The scheduling conference presently set for July 7, 2011 shall go

11  forward as scheduled.

12  DATED:  June 23, 2011

13                                   By: _____

14                                      HON. GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28