BRAD D. BRIAN (State Bar No. 079001)
Brad.Brian@mto.com
RICHARD E. DROOYAN (State Bar No. 065672)
Richard.Drooyan@mto.com
LAURA D. SMOLOWE (State Bar No. 263012)
Laura.Smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
Robert A. Siravo and Thomas E. Swedberg

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>Defendants. | CASE NO. CV10-01597 GW (MANx)<br><br>**DEFENDANT ROBERT A. SIRAVO'S JOINDER IN SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:     Honorable George Wu<br>Date:      July 7, 2011<br>Time:      8:30 a.m.<br>Courtroom: 10 |

1 | Defendant Robert A. Siravo hereby joins the Supplemental Request for Judicial Notice In Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint filed on June 23, 2011 as Docket No. 140.

DATED: June 24, 2011

MUNGER, TOLLES & OLSON LLP
Richard E. Drooyan
Laura D. Smolowe

By: */s/ Richard E. Drooyan*
RICHARD E. DROOYAN

Attorneys for Defendants
ROBERT A. SIRAVO AND
THOMAS E. SWEDBERG