UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1597-GW(MANx) | Date | July 25, 2011 |
|---|---|---|---|
| Title | *National Credit Union Administration, et al. v. Robert Siravo, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Pat Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael H. Bierman | Bruce A. Ericson |
| Michael E. Pappas | Seth E. Freilich |
| Jeffrey D. Wexler | Richard E. Drooyan |
| | Kenneth M. Fitzgerald |

**PROCEEDINGS:** DEFENDANTS ROBERT A. SIRAVO AND THOMAS E. SWEDBERG'S MOTION TO DISMISS COUNTS FIVE AND SIX OF SECOND AMENDED COMPLAINT (filed 04/18/11)

DEFENDANT TODD M. LANE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (filed 04/18/11)

DEFENDANT OFFICER DEFENDANTS MOTION TO DISMISS THE FIRST CLAIM FOR RELIEF OF THE SECOND AMENDED COMPLAINT (filed 04/18/11)

DEFENDANT DIRECTORS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (filed 04/18/11)

Court hears further oral argument. For reasons stated on the record, Defendant Directors' Motion to Dismiss Second Amended Complaint is **granted.** Counsel for defendant directors' will file a proposed order forthwith.

Defendants Robert A. Siravo and Thomas E. Swedberg's Motion to Dismiss Counts Five and Six of Second Amended Complaint, Defendant Todd M. Lane's Motion to Dismiss Plaintiff's Second Amended Complaint and Defendant Officer Defendants Motion to Dismiss the First Claim for Relief of the Second Amended Complaint, are **denied.** Defendants will have until August 15, 2011 to respond to the Second Amended Complaint.

A Scheduling Conference is set for **August 25, 2011 at 8:30 a.m.** Joint Rule 26(f) report will be filed by August 18, 2011.

                                                                                          :     10

Initials of Preparer   JG