PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS  #177956
Email: reynold.siemens@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
Email: bruce.ericson@pillsburylaw.com
GEORGE ALLEN BRANDT  #264935
Email: allen.brandt@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants ROBERT JOHN BURRELL, WILLIAM CHENEY, GORDON DAMES, ROBERT H. HARVEY, JR., JAMES JORDAN, TIMOTHY M. KRAMER, ROBIN LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT A. SIRAVO, et al.,<br><br>            Defendants. | No. CV 10-01597 GW (MANx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED BY THE DIRECTOR DEFENDANTS**<br><br>Honorable George H. Wu<br>Courtroom 10,<br>312 North Spring Street,<br>Los Angeles, CA |

601505329v1

- 1 -

NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING DIRECTOR DEFENDANTS' MOTION TO DISMISS SAC
No. CV 10-01597 GW (MANx)

As requested by the Court at the close of the hearing of July 25, 2011, the undersigned counsel for the Director Defendants prepared a proposed order granting the Director Defendants' motion to dismiss Plaintiff's Second Amended Complaint, Doc. 116 (the "SAC"), and submitted it to all other counsel for their review. Counsel for Plaintiff National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union (the "NCUA") suggested some revisions to the proposed order. Counsel for the Director Defendants agreed to those revisions. With those revisions the NCUA approves the proposed order as to form, and has authorized the undersigned to so represent to the Court.

Attached is the Director Defendants' proposed order as revised and approved as to form by the NCUA.

Dated: July 27, 2011.

PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS  #177956
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
GEORGE ALLEN BRANDT  #264935
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880


By _____/s/ Bruce A. Ericson_____
       Bruce A. Ericson

Attorneys for Defendants Robert John Burrell, William Cheney, Gordon Dames, Robert H. Harvey, Jr., James Jordan, Timothy M. Kramer, Robin Lentz, John M. Merlo, Warren Nakamura, Brian Osberg, David Rhamy and Sharon Updike