1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   REYNOLD L. SIEMENS  #177956
2  Email: reynold.siemens@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
3  Los Angeles, CA 90017-5406
   Telephone:  (213) 488-7100
4  Facsimile:  (213) 629-1033

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
6  Email: bruce.ericson@pillsburylaw.com
   GEORGE ALLEN BRANDT  #264935
7  Email: allen.brandt@pillsburylaw.com
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA  94120-7880
9  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
10
   Attorneys for Defendants ROBERT JOHN BURRELL, WILLIAM CHENEY,
11 GORDON DAMES, ROBERT H. HARVEY, JR., JAMES JORDAN,
   TIMOTHY M. KRAMER, ROBIN LENTZ, JOHN M. MERLO, WARREN
12 NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE

13

14                    UNITED STATES DISTRICT COURT

15                    CENTRAL DISTRICT OF CALIFORNIA

16                              WESTERN DIVISION

17

| 18 | NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION, | No. CV 10-01597 GW (MANx) |
|----|---|---|
| 19 | | **ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED BY THE DIRECTOR DEFENDANTS** |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | vs. | Honorable George H. Wu Courtroom 10, |
| 23 | ROBERT A. SIRAVO, et al., | 312 North Spring Street, Los Angeles, CA |
| 24 | Defendants. | |

25

26

27

28

703175078v1                              - 1 -            [PROPOSED] ORDER GRANTING DIRECTOR
                                                          DEFENDANTS' MOTION TO DISMISS SAC
                                                                    No. CV 10-01597 GW (MANx)

1   The motion, filed April 18, 2011, of Defendants William Cheney,
2   Gordon Dames, Robert H. Harvey, Jr., James Jordan, Timothy M. Kramer,
3   Robin Lentz, John M. Merlo, Warren Nakamura, Brian Osberg, David Rhamy
4   and Sharon Updike (collectively, "the Director Defendants") to dismiss
5   Plaintiff's Second Amended Complaint for Damages For Breach of Fiduciary
6   Duty, Fraud and Unjust Enrichment filed February 22, 2011 (Doc. 116) (the
7   "SAC") duly came on for hearing on July 7 and 25, 2011.  Bruce A. Ericson of
8   Pillsbury Winthrop Shaw Pittman LLP appeared for the Director Defendants.
9   Michael H. Bierman and Michael E. Pappas of Luce, Forward, Hamilton &
10  Scripps LLP appeared for Plaintiff National Credit Union Administration
11  Board as Liquidating Agent for Western Corporate Federal Credit Union (the
12  "NCUA").  Attached as Exhibit A is a copy of the Court's Civil Minutes dated
13  July 25, 2011 (Doc. 151).  The Court having reviewed the moving papers
14  (Doc. 122-123), the NCUA's opposition (Doc. 129-130), the reply papers
15  (Doc. 135-136), the Director Defendants' supplemental requests for judicial
16  notice (Doc. 140, 148) and the NCUA's responses thereto (Doc. 146, 150),
17  and having heard oral argument, and being fully advised, and good cause
18  appearing,
19         IT IS HEREBY ORDERED that:
20         1.    For the reasons stated in the Court's tentative ruling of July 7,
21  2011, filed July 11, 2011 (Doc. 147) incorporating the analysis of its prior
22  rulings (Doc. 110 and 115) and on the record in court on July 7 and 25, 2011,
23  the Director Defendants' motion to dismiss is GRANTED, and the SAC is
24  DISMISSED WITH PREJUDICE as to the Director Defendants only.
25  ///
26  ///
27  ///
28

1    2.   The Director Defendants' requests for judicial notice (Doc. 123,
2 140, 148) are GRANTED.
3    IT IS SO ORDERED.
4    Dated: August 1, 2011

_____
Hon. George H. Wu
United States District Judge