Name & Address:
Richard E. Drooyan (richard.drooyan@mto.com) # 065672
Munger, Tolles & Olson LLP
355 S. Grand Avenue, Suite 3500
Los Angeles, CA 90071
Tel: (213) 683-9100 / Fax (213) 687-3702
Attorneys for Defendants Robert Siravo and Thomas Swedberg

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Credit Union Administration Board As Liquidating Agent for Western Corp. Fed. Credit Union<br>PLAINTIFF(S)<br>v.<br>Robert A. Siravo, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>CV 10-01597 GW (Manx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Answer and Counterclaim of Defendants Robert A. Siravo and Thomas E. Swedberg to Second Amended Complaint

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other Initiating Document - Answer and Counterclaim

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☒ Manual Filing required (*reason*): Initiating document

| | |
|---|---|
| August 15, 2011<br>Date | Richard E. Drooyan<br>Attorney Name<br>Defendants Robert Siravo and Thomas Swedberg<br>Party Represented |

G-92 (03/09)     NOTICE OF MANUAL FILING     American LegalNet, Inc.
www.FormsWorkflow.com