1 | RICHARD E. DROOYAN (State Bar No. 065672)
Richard.Drooyan@mto.com
2 | LAURA SMOLOWE (State Bar No. 263012)
Laura.Smolowe@mto.com
3 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
4 | Thirty-Fifth Floor
Los Angeles, CA 90071-1560
5 | Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
6 |
Attorneys for Defendants
7 | Robert A. Siravo and Thomas E. Swedberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, and TIMOTHY T. SIDLEY,<br><br>Defendants. | CASE NO. CV10-01597 GW (MANx)<br><br>**DEFENDANTS ROBERT A. SIRAVO'S AND THOMAS E. SWEDBERG'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>Judge: Hon. George Wu |
| ROBERT A. SIRAVO and THOMAS E. SWEDBERG,<br><br>Counterclaimants,<br><br>vs.<br><br>NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Counterclaim Defendant. | |

Pursuant to Local Rule 7.1.1, the undersigned counsel of record for defendants/counterclaimants Robert A. Siravo and Thomas E. Swedberg certify the following parties may have a pecuniary interest in the outcome of the case:

**Individual Defendants:**   Robert A. Siravo, Todd M. Lane, Robert J. Burrell, Thomas E. Swedberg, and Timothy T. Sidely.

**Insurance Carrier:**   CUMIS Insurance Society

DATED: August 15, 2011

Munger, Tolles & Olson LLP
RICHARD E. DROOYAN

By: _____
RICHARD E. DROOYAN

Attorneys for Defendants Robert A. Siravo and Thomas E. Swedberg

14802973.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On August 15, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**DEFENDANTS ROBERT A. SIRAVO'S AND THOMAS E. SWEDBERG'S CERTIFICATION OF INTERESTED PARTIES**

[X] By placing ☐ the original(s) [X] a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

[X] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

[ ] **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

[ ] **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

[ ] (STATE) I declare under penalty of perjury that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*See attached Service List*

Executed on August 15, 2011, at Los Angeles, California.

*Denise Oly* (signature)
Denise Olguin

14801984.1

- 1 -

ANSWER AND COUNTERCLAIM OF DEFENDANTS ROBERT A. SIRAVO AND THOMAS E. SWEDBERG TO SECOND AMENDED COMPLAINT

Service List
*National Credit Union Administration Board v. Siravo, et al.*
Case 2:10-cv-01597-GW -MAN

Michael H Bierman
Michael E Pappas
Michelle Kimiko Sugihara
Jeffrey D Wexler
Luce Forward Hamilton & Scripps LLP
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017

Kyle A Ostergard
Alston & Bird LLP
333 South Hope Street
Sixteenth Floor
Los Angeles, CA 90071-2901

George Allen Brandt
Bruce A Ericson
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
PO Box 7880
San Francisco, CA 94120-7880

Reynold Lloyd Siemens
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

Curtis G Carl
Kenneth M Fitzgerald
Chapin Fitzgerald Sullivan LLP
550 West C Street, Suite 2000
San Diego, CA 92101

Janlynn R Fleener
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Seth E Freilich
Andrew S Wong
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

Suzanne Havens-Beckman
Azita Moradmand
David C Parisi
Parisi and Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

Scott A Kamber
KamberLaw LLC
100 Wall Street, 23rd Floor
New York, NY 10005

14801984.1

- 2 -

ANSWER AND COUNTERCLAIM OF DEFENDANTS ROBERT A. SIRAVO AND THOMAS E. SWEDBERG
TO SECOND AMENDED COMPLAINT