1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   REYNOLD L. SIEMENS  #177956
2  Email: reynold.siemens@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
3  Los Angeles, CA 90017-5406
   Telephone:  (213) 488-7100
4  Facsimile:  (213) 629-1033

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
6  Email: bruce.ericson@pillsburylaw.com
   MARLEY DEGNER  #251923
7  Email: marley.degner@pillsburylaw.com
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA  94120-7880
9  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
10
   Attorneys for Defendant ROBERT JOHN BURRELL
11
                   UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13
                         WESTERN DIVISION
14

15 NATIONAL CREDIT UNION          )  No. CV 10-01597 GW (MANx)
   ADMINISTRATION BOARD AS        )
16 LIQUIDATING AGENT FOR          )  **DEFENDANT ROBERT BURRELL'S**
   WESTERN CORPORATE FEDERAL      )  **NOTICE OF INTERESTED PARTIES**
17 CREDIT UNION,                  )
                                  )
18            Plaintiff,          )
                                  )
19      vs.                       )
                                  )
20 ROBERT A. SIRAVO, et al.,      )
                                  )
21            Defendants.         )
                                  )
22                                )
   AND RELATED COUNTERCLAIMS      )
23                                )

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 7.1 and Central District Civil Local Rule 7.1-1, the undersigned, counsel of record for defendant Robert Burrell certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union
2. Defendant Robert A. Siravo
3. Defendant Todd M. Lane
4. Defendant Robert J. Burrell
5. Defendant Thomas E. Swedberg
6. Defendant Timothy T. Sidley
7. CUNA Mutual Group and CUMIS Insurance Society, Inc., insurance carriers for Western Corporate Federal Credit Union

Dated: August 19, 2011.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  */s/ Bruce A. Ericson*
Bruce A. Ericson

Attorneys for Defendant Robert John Burrell