# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-1597-GW(MANx) | Date | August 25, 2011 |
|---|---|---|---|
| Title | *National Credit Union Administration, et al. v. Robert Siravo, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Bridget Montero | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael H. Bierman | Bruce A. Ericson - by telephone |
| | Kenneth M. Fitzgerald - by telephone |
| | Seth E. Freilich |
| | Richard E. Drooyan |

**PROCEEDINGS:** SCHEDULING CONFERENCE

The Court sets the following:

| | |
|---|---|
| Last day to add parties and/or amend pleadings | September 2, 2011 |
| Initial disclosures | September 16, 2011 |
| Mediation cutoff | February 29, 2012 |
| Post-Mediation Status Conference | **March 1, 2012 at 8:30 a.m.** |
| Discovery cutoff | June 22, 2012 |
| Expert discovery cutoff | July 20, 2012 |
| Motion hearing cutoff | August 20, 2012 |
| Pretrial Conference | **September 20, 2012 at 8:30 a.m.** |
| Jury Trial | **October 2, 2012 at 9:00 a.m.** |

| | : | 05 |
|---|---|---|
| Initials of Preparer | JG | |