RICHARD E. DROOYAN (State Bar No. 065672)
Richard.Drooyan@mto.com
LAURA SMOLOWE (State Bar No. 263012)
Laura.Smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
Robert A. Siravo and Thomas E. Swedberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, and TIMOTHY T. SIDLEY,<br><br>    Defendants. | CASE NO. CV10-01597 GW (MANx)<br><br>**INITIAL DISCLOSURES OF DEFENDANTS ROBERT A. SIRAVO AND THOMAS E. SWEDBERG PURSUANT TO FED. R. CIV. PRO.  26(A)**<br><br>**Judge:     Hon. George Wu** |
| ROBERT A. SIRAVO and THOMAS E. SWEDBERG,<br><br>    Counterclaimants,<br><br>    vs.<br><br>NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Counterclaim Defendant. | |

14813474.1

DEFENDANTS ROBERT A. SIRAVO'S AND THOMAS E. SWEDBERG'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants and counterclaimants Robert A. Siravo and Thomas E. Swedberg (collectively "Defendants") provide the following initial disclosures:

## I. GENERAL STATEMENTS

1. Defendants investigation and discovery in this action is continuing, and these disclosures reflect only the current status of their investigation and discovery. Defendants reserve the right to supplement or amend their disclosures as additional information becomes known to them through discovery or other means.

2. Defendants construe the requirements of Rule 26(a) as not requiring the production of information protected by the attorney-client privilege, the attorney work product doctrine, or any applicable privileges. Defendants intend to and hereby assert any such privileges, and any disclosure of such information in these disclosures is inadvertent and does not constitute a waiver of such privileges.

## II. DISCLOSURES OF WITNESSES PURSUANT TO RULE 26(a)(1)(A)(i)

Pursuant to Fed. R. Civ. Pro. 26(a)(1)(A), Defendants provide the name and, if known, address and telephone number of each individual likely to have discoverable information that Defendants may use to support their claims and defenses along with the subjects of the information in each instance.

| | |
|---|---|
| Robert A. Siravo<br>c/o Richard Drooyan<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 683-9136 | Has discoverable information about the federal credit union system; his activities as CEO/President of WesCorp; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit reviews; information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC about WesCorp's investments, investment strategies, and investment policies and procedures; the activities of the ALCO and ALSC; communications with the NCUA, the negotiation of his employment agreement and his Supplemental Executive Retention Plan |

14813474.1 - 2 -

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | | ("SERP"); the amendments to his SERP and the Executive SERP; disclosures to and communications with Board members regarding the amendments to these plans; the payments he received under his SERP; and the Early Payout Agreement with Todd Lane; Policy 21, and WesCorp's insurance policies. |
| 6<br>7<br>8<br>9<br>10 | Thomas A. Swedberg<br>c/o Richard Drooyan<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 683-9136 | Has discoverable information about his activities as an employee of WesCorp; the development of the Executive SERP; the amendments to the Executive SERP and Robert Siravo's SERP; disclosures to and communications with Board members regarding the amendments to these plans; the payments he received under his SERP; and the Early Payout Agreement with Todd Lane. |
| 11<br>12<br>13<br>14<br>15<br>16 | Todd M. Lane<br>c/o Kenneth Fitzgerald<br>Chapin Fitzgerald Sullivan & Bottini LLP<br>550 West C Street, Suite 2000<br>San Diego, CA 92101<br>(619) 241-4810 | May have discoverable information about WesCorp's investments, investment strategies, and investment policies and procedures; information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC about WesCorp's investments, investment strategies, and investment policies and procedures; the activities of the ALCO and the ALSC; and his Early Payout Agreement. |
| 17<br>18<br>19<br>20<br>21<br>22<br>23 | Robert J. Burrell<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about WesCorp's investments, investment strategies, and investment policies and procedures; information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC about WesCorp's investments, investment strategies, and investment policies and procedures; the activities of the ALCO and the ALSC; and the activities of the Investment Department. |
| 24<br>25<br>26<br>27<br>28 | Timothy T. Sidley<br>c/o Kent B. Gross<br>Orrick Herrington & Sutcliffe LLP<br>Los Angeles, CA 90017<br>(213) 629-2020 | May have discoverable information about WesCorp's credits analysis and credit approvals; WesCorp's investments, investment strategies, and investment policies and procedures; information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC about WesCorp's investments, investment strategies, and investment policies and |

14813474.1 - 3 -

| | | |
|---|---|---|
| 1 | | procedures; the activities of the ALCO and the ALSC; and the activities of Investment Credit Services. |
| 2 | | |
| 3 | Robert H. Harvey, Jr.<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; communications with Swedberg regarding these amendments; the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 11 | William Cheney<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; and Lane's Early Payout Agreement. |
| 16 | Gordon Dames<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; and the Board's approval of these amendments. |
| 23 | James P. Jordan<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; the Board's approval |

| | | |
|---|---|---|
| 1 | | of these amendments; and Lane's Early Payout Agreement. |
| 2 | | |
| 3 | Timothy Kramer<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Robert J. Lentz<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | John M. Merlo<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; communications with Swedberg regarding these amendments, the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Warren Nakamura<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's |
| 26 | | |
| 27 | | |
| 28 | | |

14813474.1 - 5 -

| | | |
|---|---|---|
| 1 | | budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 2 | | |
| 3 | | |
| 4 | Brian Osberg<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 11 | David Rhamy<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 19 | Sharon Updike<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; WesCorp's budgets and credit policies; the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of these amendments; and Lane's Early Payout Agreement. |
| 26 | David Roughton<br>c/o Bruce Ericson<br>Pillsbury Winthrop Shaw Pitman LLP<br>50 Freemont Street<br>San Francisco, CA 94105<br>(415) 983-1560 | May have discoverable information about the activities of the Supervisory Committee; information provided to the Supervisory Committee and WesCorp's Board of Directors about WesCorp's investments, investment strategies, and |

| | | |
|---|---|---|
| 1 | | investment policies and procedures. |
| 2 | Jim Hayes<br>Address and telephone number unknown | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; WesCorp's investments, investment strategies, and investment policies and procedures; and communications with the NCUA regarding WesCorp's investments and investment strategies. |
| 8 | David Trinder<br>Address and telephone number unknown | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; and WesCorp's investments, investment strategies, and investment policies and procedures. |
| 13 | Jeff Hamilton<br>Address and telephone number unknown | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; and WesCorp's investments, investment strategies, and investment policies and procedures. |
| 17 | Deitmar Huesch<br>Address and telephone number unknown | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; and WesCorp's investments, investment strategies, and investment policies and procedures. |
| 22 | James E Burbott<br>Upland, CA<br>telephone number unknown | May have discoverable information about information provided to WesCorp's Board of Directors, Board committees, and the ALCO and the ALSC; the activities of the ALCO and the ALSC; and WesCorp's investments, investment strategies, and investment policies and procedures. |
| 27 | Bill Eberhardt<br>Address and telephone number unknown | May have discoverable information about WesCorp's credit analysis and approval of MBS investments, |

| | | |
|---|---|---|
| 1 | | investment strategy, investment policies and procedures, and WesCorp's credit risk management. |
| 2 | | |
| 3 | Sheri Ledbetter<br>Address and telephone number undknown | May have discoverable information about about the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of resolutions regarding these amendments; and corporate communications. |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Marla J. Aspinwall<br>Loeb & Loeb<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>(310) 282-2000 | May have discoverable information about the amendments of Siravo's SERP and the Executives' SERP; the Board's approval of these amendments. |
| 8 | | |
| 9 | | |
| 10 | Barrie French<br>Address and telephone number unknown | May have discoverable information about WesCorp's credit analysis and approval of MBS investments, investment strategy, investment policies and procedures, and WesCorp's credit risk management. |
| 11 | | |
| 12 | | |
| 13 | Kathy Gensler<br>Address and telephone number unknown | May have discoverable information about WesCorp's credit analysis and approval of MBS investments, investment strategy, investment policies and procedures, and WesCorp's credit risk management. |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Kent Buckham<br>Address and telephone number unknown | May have discoverable information about the NCUA's admissions; the NCUA's supervision of corporate credit unions and WesCorp, and the NCUA's knowledge and approval of MBS investments. |
| 18 | | |
| 19 | | |
| 20 | Bruce Bakke<br>Address and telephone number unknown | May have discoverable information about the NCUA's admissions; the NCUA's supervision of corporate credit unions and WesCorp, and the NCUA's knowledge and approval of MBS investments. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Steven Sherrod<br>Address and telephone number unknown | May have discoverable information about the NCUA's credit regulations, and its knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| 25 | | |
| 26 | | |
| 27 | Joe Shoshoo<br>Address and telephone number unknown | May have discoverable information about the NCUA's knowledge and examinations of WesCorp's investments, |
| 28 | | |

| Name/Address | Information |
|---|---|
| | investment strategies, and investment policies and procedures. |
| Lance McAlister<br>Address and telephone number unknown | May have discoverable information about the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Dan Buckley<br>Corporate America Credit Union<br>Birmingham, AL | May have discoverable information about the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Len Skiles<br>Address and telephone number unknown | May have discoverable information about the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Deborah Matz<br>National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314-3428<br>703-518-6300 | May have discoverable information about the NCUA's admissions; the NCUA's knowledge and approval of MBS investments by corporate credit unions. |
| Gigi Hyland<br>National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314-3428<br>703-518-6300 | May have discoverable information about the NCUA's knowledge and approval of MBS investments by corporate credit unions; the NCUA's admissions, the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Michael Fryzel<br>National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314-3428<br>703-518-6300 | May have discoverable information about the NCUA's admissions; the NCUA's knowledge and approval of MBS investments by corporate credit unions. |
| David Marquis<br>Address and telephone number unknown | May have discoverable information about the NCUA's knowledge and approval of MBS investments by corporate credit unions; the NCUA's admissions, the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Scott Hunt<br>Address and telephone number unknown | May have discoverable information about the NCUA's knowledge and approval of MBS investments by corporate credit unions; the NCUA's |

14813474.1

- 9 -

| | |
|---|---|
| | admissions, the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Owen Cole<br>Address and telephone number unknown | May have discoverable information about the NCUA's knowledge and approval of MBS investments by corporate credit unions; the NCUA's admissions; the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Bob Fenner<br>Address and telephone number unknown | May have discoverable information about the NCUA's knowledge and approval of MBS investments by corporate credit unions; the NCUA's admissions; the NCUA's knowledge and examinations of WesCorp's investments, investment strategies, and investment policies and procedures. |
| Rand Yamasaki<br>Address and telephone number unknown | May have discoverable information about Todd Lane's Early Payout Agreement. |
| Michelle Esser<br>Address and telephone number unknown | May have discoverable information about Tom Swedberg's roles and responsibilities at WesCorp. |
| Max Peeples<br>National Credit Union Administration<br>4807 Spicewood Springs Road, Suite 5100<br>Austin, TX 78759<br>(512) 731-7900 | May have discoverable information about Defendants' requests for indemnification and the NCUA's failure to advance defense costs. |
| Carol Cole<br>CUNA Mutual Group<br>591 Mineral Point Road<br>Madison, WI 53701<br>(608) 238-5851 ext 7713 | May have discoverable information about WesCorp's failure to provide adequate insurance for its officers and employees. |

In addition to the persons listed above, additional persons associated with, the NCUA, WesCorp, Western Bridge Corporate Federal Credit Union, other corporate credit unions, other financial institutions, underwriters and issuers of Mortgage Backed Securities, and advisors to these financial institutions may have information regarding subjects relevant to this action.  Defendants reserve the right

to supplement these initial disclosures at a later date, in the event that additional information and materials concerning these and other witnesses who may have, or are likely to have, information within the meaning of Fed. R. Civ. P. 26(a)(1)(A), are ascertained, discovered or confirmed.

### III. DISCLOSURE OF DOCUMENTS PURSUANT TO RULE 26(a)(1)(A)(ii)

The categories of documents, electronically stored information, and tangible things that are in Defendants' possession, custody, or control that Defendants may use to support their claims or defenses, not solely for impeachment, are as follows:

1. Minutes and draft minutes of WesCorp Board of Directors meetings, Executive Sessions, and Committees.
2. PowerPoint presentations and memoranda regarding the Supplemental Executive Retention Plans for Siravo and the WesCorp executives and proposed changes to the SERPs.
3. The Executive Retention Program, President/CEO Retention Program and amendments thereto.
4. Draft resolutions and resolutions of the Board of Directors pertaining to changes in the SERPs.
5. The Defined Benefit Plan.
6. Common Questions regarding WesCorp employee benefits
7. Defendants' Employment Agreements and offers of employment
8. Analysis of the SERP benefits
9. Invoices for legal services
10. Communications with the NCUA regarding indemnification.
11. WesCorp's policies, including Policy 21.
12. Model Business Corporation Act
13. WesCorp's insurance policies and communications with the insurance carrier regarding coverage.
14. PowerPoint presentations regarding WesCorp's business, strategic planning, financial statements, training, and budgets.

15. Quarterly updates for the WesCorp Board.

16. ALCO books and presentation materials.

## IV. DISCLOSURE OF DAMAGES PURSUANT TO RULE 26(a)(1)(iii)

The NCUA has breached its obligations under policies adopted by WesCorp's Board of Directors, under the Model Business Corporations Act, and California law to indemnify Defendants for their costs of defense in this case by failing to advance such costs as they are incurred. As a result, Defendants have been damaged in an amount to be proved at trial, which currently exceeds $175,000 and will increase as this litigation continues. Defendants will produce redacted copies of invoices for legal services that have been paid by Defendants or will be paid in the future.

## V. DISCLOSURE OF INSURANCE PURSUANT TO RULE 26(a)(1)(iv)

Defendants will produce a copy of WesCorp's insurance policy, although the carrier has declined coverage based upon various exclusions in the policy.

DATED: September 16, 2011

Munger, Tolles & Olson LLP
RICHARD E. DROOYAN

By: _____/s/_____
RICHARD E. DROOYAN

Attorneys for Defendants Robert A. Siravo and Thomas E. Swedberg