Michael H. Bierman, State Bar No. 89156
Michael E. Pappas, State Bar No. 130400
Jeffrey D. Wexler, State Bar No. 132256
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile: 213.892.7731
E-Mail:   mbierman@luce.com
          mpappas@luce.com
          jwexler@luce.com

Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>    Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**JOINT STIPULATION: (1) EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO COUNTERCLAIMS AND TO FILE MOTION TO STRIKE; (2) SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTIONS TO DISMISS AND TO STRIKE; AND (3) INCREASING PAGE LENGTH FOR MEMORANDA OF POINTS AND AUTHORITIES ON COMBINED MOTIONS TO STRIKE AND TO DISMISS** |

1    WHEREAS plaintiff the National Credit Union Administration Board as Liquidator for Western Corporate Federal Credit Union (the "NCUA") filed a Second Amended Complaint [Docket 116] in this action on February 22, 2011;

    WHEREAS, the Answers and Counterclaims of (a) defendant and counterclaimant Robert John Burrell [Docket 157], (b) defendants and counterclaimants Robert A. Siravo and Thomas E. Swedberg [Docket 158], and (c) defendant and counterclaimant Timothy T. Sidley [Docket 159] (as amended pursuant to stipulation) [Docket 164] were filed on August 15, 2011;

    WHEREAS, the Amended Answer and Counterclaim of defendant and counterclaimant Todd M. Lane [Docket 170] was filed on September 2, 2011;

    WHEREAS, the NCUA as a government agency has 60 days to respond to a counterclaim pursuant to Fed. R. Civ. P. 12(a)(2), making October 14, 2011 the NCUA's deadline for filing its responsive pleadings to the Answers and Counterclaims filed on August 15, 2011 and November 1, 2011 the NCUA's deadline for filing its responsive pleadings to the Amended Answer and Counterclaim filed on September 2, 2011;

    WHEREAS, the NCUA plans to file a motion to strike certain affirmative defenses in the Answers pursuant to Fed. R. Civ. P. 12(f), and a motion to dismiss the Counterclaims pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6);

    WHEREAS, on September 30, 2011 the NCUA sent the defendants two letters pursuant to Local Rule 7-3 outlining in detail the positions it would be asserting in its motions;

    WHEREAS, on October 4, 2011 the defendants requested more time to consider the merits of the arguments set forth in the NCUA's letter and proposed that the parties extend the time for the NCUA to respond to the Counterclaims and file its motion to strike to permit such further consideration and to allow the parties to meet and confer further in an attempt to resolve some or all of the issues raised by the NCUA in its meet-and-confer letters without the need for motion practice;

WHEREAS, the NCUA will be responding to four separate Answers and four separate Counterclaims;

WHEREAS, to avoid duplicative and wasteful briefing and to reduce the burden on the Court and the parties, the NCUA and the defendants agree that the NCUA should file a single motion to strike addressing all four Answers and a single motion to dismiss addressing all four separate Counterclaims, and the defendants should together file a single brief in opposition to the NCUA's motion to strike and a single brief in opposition to the NCUA's motion to dismiss;

WHEREAS, counsel for the NCUA is scheduled to commence a two-week trial on October 18, 2011;

WHEREAS, the parties wish to extend the deadline for the NCUA to file its motions to accommodate counsel's schedule and to give the parties more time to meet and confer as to the issues to be presented in those motions; and

WHEREAS, the parties believe it appropriate to give the parties additional time to prepare their opposition and reply papers to allow the defendants to coordinate the preparation and filing of combined briefs in opposition to the NCUA's motions and to give all parties time to brief the issues to be presented by the NCUA's motions;

IT IS HEREBY STIPULATED by and between the NCUA and all defendants, through their respective counsel, that:

(1) the NCUA may have an extension of time until November 14, 2011 to file a single motion to strike affirmative defenses asserted in the four Answers and a single motion to dismiss the four Counterclaims (or to answer the Counterclaims, if the NCUA ultimately does not file a motion to dismiss);

(2) the defendants may have until December 5, 2011 to file their combined oppositions to the NCUA's motions to strike and to dismiss;

3

1     (3)    the NCUA may have until December 23, 2011 to file its reply papers in support of its motions to strike and to dismiss;

    (4)    the NCUA's motions to strike and to dismiss may be heard at 8:30 a.m. on January 9, 2012, or at such other date or time as may be acceptable to the Court; and

    (5)    the page limit for the opening and opposition memoranda of points and authorities on the NCUA's motion to strike and on its motion to dismiss may be increased from 25 pages to 30 pages.

DATED: October 11, 2011    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
MICHAEL E. PAPPAS
JEFFREY D. WEXLER

By:    /s/ Michael H. Bierman
Michael H. Bierman
Attorneys for Plaintiff National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

DATED: October 11, 2011    PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS
BRUCE A. ERICSON
MARLEY DEGNER

By:    /s/ Bruce A. Ericson
Bruce A. Ericson
Attorneys for Defendant Robert John Burrell

4

1 | DATED: October 11, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP
KENT B. GOSS
SETH E. FREILICH

By: /s/ Seth E. Freilich
Seth E. Freilich
Attorneys for Defendant Timothy Sidley

DATED: October 11, 2011

MUNGER TOLLES & OLSON LLP
RICHARD E. DROOYAN
LAURA SMOLOWE

By: /s/ Richard E. Drooyan
Richard E. Drooyan
Attorneys for Defendants Robert Siravo and Thomas Swedberg

DATED: October 11, 2011

CHAPIN FITZGERALD & SULLIVAN LLP
KENNETH M. FITZGERALD
CURTIS CARLL

By: /s/ Kenneth M. Fitzgerald
Kenneth M. Fitzgerald
Attorneys for Defendant Todd Lane

201175788.1