RICHARD E. DROOYAN (State Bar No. 065672)
Richard.Drooyan@mto.com
LAURA D. SMOLOWE (State Bar No. 263012)
Laura.Smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
Robert A. Siravo
Thomas E. Swedberg

[Attorneys for remaining Defendants/Counterclaimants
listed separately on next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, and TIMOTHY T. SIDLEY,<br><br>   Defendants. | CASE NO. CV10-01597 GW (MANx)<br><br>**JOINT STIPULATION FOR DEFENDANTS/ COUNTERCLAIMANTS TO FILE AMENDED ANSWERS AND COUNTERCLAIMS**<br><br>**Judge:    Hon. George Wu** |
| ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, AND TIMOTHY T. SIDLEY<br><br>   Counterclaimants,<br><br>vs.<br><br>NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>   Counterclaim Defendant. | |

PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS #177956
Email: reynold.siemens@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033
PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
Email: bruce.ericson@pillsburylaw.com
GEORGE ALLEN BRANDT #264935
Email: allen.brandt@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
Robert John Burrell

KENT B. GOSS (State Bar No. 131499)
kgoss@orrick.com
SETH E. FREILICH (State Bar No. 217321)
sfreilich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendant
Timothy T. Sidley

CHAPIN FITZGERALD SULLIVAN LLP
Kenneth M. Fitzgerald, Esq. (SBN: 142505)
kfitzgerald@cfslawfirm.com
Curtis G. Carll, Esq. (SBN: 248470)
ccarll@cfslawfirm.com
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: (619) 241-4810
Facsimile: (619) 955-5318

Attorneys for Defendant
Todd M. Lane

15478209.1

CASE NO. CV10-01597 GW (MANx)
STIPULATION TO FILE AMENDED
ANSWERS AND COUNTERCLAIMS

# RECITALS

A. Plaintiff, the National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union ("NCUA") filed a Second Amended Complaint in this action on February 22, 2011.

B. The Answers and Counterclaims of Defendants/Counterclaimants Robert John Burrell, Robert A. Siravo, Thomas E. Swedberg, and Timothy T. Sidley were filed on August 15, 2011.

C. The Amended Answer and Counterclaim of Defendant/Counterclaimant Todd M. Lane was filed on September 2, 2011.

D. Pursuant to this Court's order issued October 17, 2011 [Docket 181], the NCUA has until November 14, 2011 to file a single motion to strike affirmative defenses and a single motion to dismiss the four Counterclaims or to answer the Counterclaims. The Defendants/Counterclaimants have until December 5, 2011 to file their combined oppositions, and the NCUA has until December 23, 2011 to file its reply papers. The hearing on these motions is set for 8:30 a.m. on January 9, 2012.

E. The parties have met and conferred regarding the NCUA's intended motions to strike and dismiss, and have agreed that Defendants/Counterclaimants will amend their Answers and Counterclaims in response to some of the issues raised by the NCUA.

F. The parties have further agreed that Defendants/Counterclaimants will file their Amended Answers and Counterclaims on or before October 31, 2011 so that the briefing and hearing schedule for the upcoming motions to strike and/or dismiss may remain as currently set.

G. After the filing of the Amended Answers and Counterclaims, the parties will again meet and confer regarding the NCUA's intended motions.

## **STIPULATION**

Based on the foregoing, NCUA and all Defendants/Counterclaimants through their respective counsel hereby stipulate that the Court may enter an Order in the form attached hereto providing that:

1. Defendants/Counterclaimants shall have until October 31, 2011 to file Amended Answers and Counterclaims.

2. The briefing and hearing schedule on the motion to strike and motion to dismiss shall remain as previously set in this Court's October 17 order [Docket 181]: Motions due on or before November 14, 2011; Oppositions due on or before December 5, 2011; Replies due on or before December 23, 2011, and the hearing set for 8:30 a.m. on January 9, 2012.

DATED: October 26, 2011    MUNGER, TOLLES & OLSON LLP
Richard E. Drooyan
Laura D. Smolowe

By:     */s/ Richard E. Drooyan*
            RICHARD E. DROOYAN

Attorneys for Defendants
ROBERT A. SIRAVO
THOMAS E. SWEDBERG

DATED: October 26, 2011    PILLSBURY WINTHROP SHAW PITTMAN LLP

By:     */s/ Bruce A. Ericson*
            BRUCE A. ERICSON

Attorneys for Defendant Robert John Burrell

15478209.1 — - 2 - — CASE NO. CV10-01597 GW (MANx)
STIPULATION TO FILE AMENDED ANSWERS AND COUNTERCLAIMS

| | | |
|---|---|---|
| 1 | DATED: October 26, 2011 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:  /s/ Seth E. Freilich
      SETH E. FREILICH

Attorneys for Defendant
Timothy T. Sidley

DATED: October 26, 2011    CHAPIN FITZGERALD SULLIVAN LLP

By: /s/ Kenneth M. Fitzgerald
      KENNETH M. FITZGERALD

Attorneys for Defendant
Todd M. Lane

DATED: October 26, 2011    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
    Michael H. Bierman
    Michael E. Pappas

By:    /s/ Michael H. Bierman
      MICHAEL H. BIERMAN

Attorneys for the National Credit Union Administration Board As Liquidating Agent for Western Corporate Federal Credit Union