1  RICHARD E. DROOYAN (State Bar No. 065672)
   Richard.Drooyan@mto.com
2  LAURA D. SMOLOWE (State Bar No. 263012)
   Laura.Smolowe@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   Attorneys for Defendants
7  Robert A. Siravo
   Thomas E. Swedberg
8
   [Attorneys for remaining Defendants/Counterclaimants
9  listed separately on next page]

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, and TIMOTHY T. SIDLEY,<br><br>    Defendants. | CASE NO.<br><br>CV 10-1597-GW(MANx)<br><br>**ORDER SETTING DEADLINE FOR DEFENDANTS/ COUNTERCLAIMANTS TO FILE AMENDED ANSWERS AND COUNTERCLAIMS**<br><br>**Judge:    Hon. George Wu** |
| ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, AND TIMOTHY T. SIDLEY<br><br>    Counterclaimants,<br><br>vs.<br><br>NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Counterclaim Defendant. | |

15480200.1

CASE NO. CV10-01597 GW (MANx)
[PROPOSED] ORDER RE AMENDED
ANSWERS AND COUNTERCLAIMS

PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS #177956
Email: reynold.siemens@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033
PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
Email: bruce.ericson@pillsburylaw.com
GEORGE ALLEN BRANDT #264935
Email: allen.brandt@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
Robert John Burrell

KENT B. GOSS (State Bar No. 131499)
kgoss@orrick.com
SETH E. FREILICH (State Bar No. 217321)
sfreilich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendant
Timothy T. Sidley

CHAPIN FITZGERALD SULLIVAN LLP
Kenneth M. Fitzgerald, Esq. (SBN: 142505)
kfitzgerald@cfslawfirm.com
Curtis G. Carll, Esq. (SBN: 248470)
ccarll@cfslawfirm.com
550 West C Street, Suite 2000
San Diego, California 92101
Telephone: (619) 241-4810
Facsimile: (619) 955-5318

Attorneys for Defendant
Todd M. Lane

15480200.1

CASE NO. CV10-01597 GW (MANx)
[PROPOSED] ORDER RE AMENDED
ANSWERS AND COUNTERCLAIMS

## **ORDER**

Good cause being shown, IT IS HEREBY ORDERED that:

(1) Defendants/Counterclaimants shall have until October 31, 2011 to file Amended Answers and Counterclaims.

(2) The briefing and hearing schedule on Plaintiff's motion to strike and motion to dismiss shall remain as previously set in this Court's October 17 order [Docket 181]: Motions will be due on or before November 14, 2011; Oppositions will be due on or before December 5, 2011; Replies will be due on or before December 23, 2011, and the hearing remains set for 8:30 a.m. on January 9, 2012.

DATED: October 26, 2011

By: *George H. Wu*
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

15480200.1

-1-

CASE NO. CV10-01597 GW (MANx)
[PROPOSED] ORDER RE AMENDED ANSWERS AND COUNTERCLAIMS