1  Michael H. Bierman, State Bar No. 89156
2  Michael E. Pappas, State Bar No. 130400
   Jeffrey D. Wexler, State Bar No. 132256
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   601 S. Figueroa, Suite 3900
4  Los Angeles, California 90017
   Telephone: 213.892.4992
5  Facsimile:  213.892.7731
   E-Mail:  mbierman@luce.com
6           mpappas@luce.com
7           jwexler@luce.com

8  Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board
   As Liquidating Agent For Western Corporate Federal Credit Union
9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12 | NATIONAL CREDIT UNION | Case No.: CV10-01597 GW (MANx)
13 | ADMINISTRATION BOARD AS |
   | LIQUIDATING AGENT FOR   | **JOINT STIPULATION RE**
14 | WESTERN CORPORATE FEDERAL | **AMENDMENT OF SECOND**
   | CREDIT UNION,           | **AMENDED COMPLAINT TO**
15 |                         | **ELIMINATE SEVENTH AND**
   |        Plaintiff,       | **EIGHTH CLAIMS FOR RELIEF**
16 | v.                      | **AND RELATED ALLEGATIONS**

17 ROBERT A. SIRAVO, TODD M. LANE,
   ROBERT J. BURRELL, THOMAS E.
18 SWEDBERG, TIMOTHY T. SIDLEY,
   ROBERT H. HARVEY, JR., WILLIAM
19 CHENEY, GORDON DAMES, JAMES
   P. JORDAN, TIMOTHY KRAMER,
20 ROBIN J. LENTZ, JOHN M. MERLO,
21 WARREN NAKAMURA, BRIAN
   OSBERG, DAVID RHAMY and
22 SHARON UPDIKE,

23          Defendants.
   _____
24

1     WHEREAS plaintiff the National Credit Union Administration Board as Liquidator for Western Corporate Federal Credit Union ("NCUA") filed a Second Amended Complaint [Docket 116] in this action on February 22, 2011;

    WHEREAS, the Second Amended Complaint includes the Seventh Claim for Relief for Breach of Fiduciary Duty against Defendant Robert A. Siravo and the Eighth Claim for Relief for Unjust Enrichment against Defendant Todd M. Lane;

    WHEREAS, the NCUA has decided that it will not pursue its Seventh and Eighth Claims for Relief and therefore wishes to amend the Second Amended Complaint to eliminate those claims; and

    WHEREAS, the defendants are amenable to such dismissal

    IT IS HEREBY STIPULATED by and between the NCUA and all defendants through their respective counsel that:

    (1)   the Second Amended Complaint may be amended to eliminate the Seventh and Eighth Claims for Relief and the related allegations by striking (a) the sentence at page 9, line 27 through page 10, line 1, (b) paragraphs 179-182 (*i.e.*, the text at page 40, line 22 through page 41, line 15), and (c) the Seventh and Eighth Claims for Relief (*i.e.*, the text at page 56, line 1 through page 57, line 11); and

      (2)    such amendment shall be without prejudice to the right of any party to seek to recover fees or costs or to oppose recovery of fees or costs.

DATED: November 15, 2011    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
MICHAEL E. PAPPAS
JEFFREY D. WEXLER

By:   /s/ Michael H. Bierman
Michael H. Bierman
Attorneys for Plaintiff National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

DATED: November 15, 2011    PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS
BRUCE A. ERICSON
MARLEY DEGNER

By:   /s/ Bruce A. Ericson
Bruce A. Ericson
Attorneys for Defendant Robert John Burrell

DATED: November 15, 2011    ORRICK, HERRINGTON & SUTCLIFFE LLP
KENT B. GOSS
SETH E. FREILICH

By:   /s/ Seth E. Freilich
Seth E. Freilich
Attorneys for Defendant Timothy Sidley

| | | |
|---|---|---|
| DATED: November 15, 2011 | | MUNGER TOLLES & OLSON LLP<br>RICHARD E. DROOYAN<br>LAURA SMOLOWE |
| | By: | /s/ Richard E. Drooyan<br>Richard E. Drooyan<br>Attorneys for Defendants Robert Siravo and Thomas Swedberg |
| DATED: November 15, 2011 | | CHAPIN FITZGERALD & SULLIVAN LLP<br>KENNETH M. FITZGERALD<br>CURTIS CARLL |
| | By: | /s/ Kenneth M. Fitzgerald<br>Kenneth M. Fitzgerald<br>Attorneys for Defendant Todd Lane |

201172225.1

4