1  Michael H. Bierman, State Bar No. 89156
2  Jeffrey D. Wexler, State Bar No. 132256
   Michael E. Pappas, State Bar No. 130400
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   601 S. Figueroa, Suite 3900
4  Los Angeles, California 90017
   Telephone: 213.892.4992
5  Facsimile:  213.892.7731
   E-Mail:   mbierman@luce.com
6              mpappas@luce.com
7              jwexler@luce.com

8  Attorneys for Plaintiff and Counterdefendant National Credit Union Administration
   Board As Liquidating Agent For Western Corporate Federal Credit Union
9

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                 WESTERN DIVISION

13 | NATIONAL CREDIT UNION | Case No.: CV10-01597 GW (MANx)
14 | ADMINISTRATION BOARD AS |
   | LIQUIDATING AGENT FOR | **STIPULATION RE ENTRY OF**
15 | WESTERN CORPORATE FEDERAL | **ORDER GOVERNING USE AND**
   | CREDIT UNION, | **DISSEMINATION OF**
16 |          Plaintiff, | **CONFIDENTIAL INFORMATION**
17 | v. | **[DISCOVERY MATTER]**
18 | ROBERT A. SIRAVO, TODD M. LANE, |
19 | ROBERT J. BURRELL, THOMAS E. |
   | SWEDBERG, TIMOTHY T. SIDLEY, |
20 | ROBERT H. HARVEY, JR., WILLIAM |
   | CHENEY, GORDON DAMES, JAMES |
21 | P. JORDAN, TIMOTHY KRAMER, |
22 | ROBIN J. LENTZ, JOHN M. MERLO, |
   | WARREN NAKAMURA, BRIAN |
23 | OSBERG, DAVID RHAMY and |
   | SHARON UPDIKE, |
24 |          Defendants. |
25

26
27
28

1    WHEREAS, plaintiff and counterdefendant the National Credit Union

2   Administration Board as Liquidating Agent for Western Corporate Federal Credit

3   Union (the "NCUA") and defendants and counterclaimants Robert A. Siravo,

4   Thomas E. Swedberg, Timothy T. Sidley, Robert J. Burrell, and Todd M. Lane

5   (collectively, the "Officer Defendants"), anticipate that discovery will require them

6   to produce documents and information that each deems to be privileged, confidential

7   and proprietary; and

8    WHEREAS, the NCUA and the Officer Defendants believe that discovery in

9   this matter would be facilitated if the Court were to enter a protective order to

10   govern the dissemination and use of privileged, confidential and proprietary

11   documents and information to be produced in this matter;

12    IT IS STIPULATED by and between the NCUA and the Officer Defendants

13   that the Court may enter a protective order in the form attached hereto as Exhibit A.

14

15   Dated: November 23, 2011     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

16                                 Michael H. Bierman
                                   Jeffrey D. Wexler
17                                 Michael E. Pappas

18                                 By: /s/ Michael H. Bierman

19                                     Michael H. Bierman
                                       Attorneys for Plaintiff and Counterdefendant
20                                     National Credit Union Administration Board
                                       As Liquidating Agent For Western Corporate
21                                     Federal Credit Union

22   Dated: November 23, 2011     ORRICK, HERRINGTON & SUTCLIFFE LLP

23                                 Kent B. Goss
                                   Seth E. Freilich
24

25                                 By: /s/ Seth E. Freilich

26                                     Seth E. Freilich
                                       Attorneys for Defendant and Counterclaimant
27                                     Timothy T. Sidley

28

Dated: November 23, 2011       PILLSBURY WINTHROP SHAW PITTMAN LLP
                               Reynold L. Siemens
                               Bruce A. Ericson
                               Marley Degner


                               By:  /s/ Bruce A. Ericson
                                   Bruce A. Ericson
                                   Attorneys for Defendant and Counterclaimant
                                   Robert John Burrell

Dated: November 23, 2011       MUNGER, TOLLES & OLSON LLP
                               Richard E. Drooyan
                               Laura Smolowe


                               By:  /s/ Richard E. Drooyan
                                   Richard E. Drooyan
                                   Attorneys for Defendants and Counterclaimants
                                   Robert A. Siravo and Thomas E. Swedberg

Dated: November 23, 2011       CHAPIN FITZGERALD SULLIVAN & BOTTINI
                               LLP
                               Kenneth M. Fitzgerald
                               Curtis G. Carll


                               By:  /s/ Kenneth M. Fitzgerald
                                   Kenneth M. Fitzgerald
                                   Attorneys for Defendant and Counterclaimant
                                   Todd M. Lane

201188252.1

3