KENT B. GOSS (State Bar No. 131499)
kgoss@orrick.com
SETH E. FREILICH (State Bar No. 217321)
sfreilich@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

JOHN R. WALTON
jrw@waltonlawpc.com
LAW OFFICES OF JOHN R. WALTON
35 N. Lake Avenue, Suite 700
Pasadena, CA 91101
Telephone: (626) 578-6000
Facsimile: (626) 578-6012

Attorneys for Defendant TIMOTHY T. SIDLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV10-01597 GW (MANx)<br><br>**DEFENDANT TIMOTHY T. SIDLEY'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Courtroom: 10<br><br>Honorable George H. Wu |

**PLEASE TAKE NOTICE THAT** Defendant Timothy T. Sidley ("Sidley") through his counsel of record, Orrick, Herrington & Sutcliffe LLP, hereby associates the Law Offices of John R. Walton, and John R. Walton, as co-counsel in the above-referenced litigation. Said associated counsel's address, telephone number and e-mail address is:

JOHN R. WALTON
jrw@waltonlawpc.com
LAW OFFICES OF JOHN R. WALTON
35 N. Lake Avenue, Suite 700
Pasadena, CA 91101
Telephone: (626) 578-6000

All papers should continue to be served upon Orrick, Herrington & Sutcliffe LLP, in addition to the Law Offices of John R. Walton, unless otherwise notified.

DATED: ~~November~~ December 2, 2011

Kent B. Goss
Seth E. Freilich
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Seth E. Freilich
    SETH E. FREILICH

Attorneys For Defendant
TIMOTHY T. SIDLEY

John R. Walton hereby accepts the above association of counsel

DATED: November __, 2011

John R. Walton
LAW OFFICES OF JOHN R. WALTON

By: _____
    JOHN R. WALTON

Attorneys For Defendant
TIMOTHY T. SIDLEY

**PLEASE TAKE NOTICE THAT** Defendant Timothy T. Sidley ("Sidley") through his counsel of record, Orrick, Herrington & Sutcliffe LLP, hereby associates the Law Offices of John R. Walton, and John R. Walton, as co-counsel in the above-referenced litigation. Said associated counsel's address, telephone number and e-mail address is:

JOHN R. WALTON
jrw@waltonlawpc.com
LAW OFFICES OF JOHN R. WALTON
35 N. Lake Avenue, Suite 700
Pasadena, CA 91101
Telephone: (626) 578-6000

All papers should continue to be served upon Orrick, Herrington & Sutcliffe LLP, in addition to the Law Offices of John R. Walton, unless otherwise notified.

DATED: November __, 2011

Kent B. Goss
Seth E. Freilich
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
SETH E. FREILICH

Attorneys For Defendant
TIMOTHY T. SIDLEY

John R. Walton hereby accepts the above association of counsel

DATED: November 30, 2011

John R. Walton
LAW OFFICES OF JOHN R. WALTON

By:_____
JOHN R. WALTON

Attorneys For Defendant
TIMOTHY T. SIDLEY