# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-1597-GW(MANx) | Date | January 4, 2012 |
|---|---|---|---|
| Title | *National Credit Union Administration, et al. v. Robert Siravo, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     (IN CHAMBERS): COURT ORDER**

          The Court, on its own motion, continues Plaintiffs' Motion to Strike Affirmative Defenses in Defendants' Amended Answers, filed on November 14, 2011, and Plaintiff's Motion to Dismiss Amended  Counterclaims For: (1) Lack of Subject Matter Jurisdiction; and (2) Failure to State a Claim upon Which Relief May Be Granted, filed on November 14, 2011, and presently set for January 9, 2012, to **January 12, 2012 at 8:30 a.m.**

                                                                                              :

Initials of Preparer    JG