UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\* CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1597-GW(MANx) | Date | January 4, 2012 |
|---|---|---|---|
| Title | *National Credit Union Administration, et al. v. Robert Siravo, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS): COURT ORDER

      The Court, on its own motion, continues Plaintiffs' Motion to Strike Affirmative Defenses in Defendants' Amended Answers, filed on November 14, 2011, and Plaintiff's Motion to Dismiss Amended Counterclaims For: (1) Lack of Subject Matter Jurisdiction; and (2) Failure to State a Claim upon Which Relief May Be Granted, filed on November 14, 2011, and presently set for January 9, 2012, to *January 19, 2012* **at 8:30 a.m.**

:

Initials of Preparer    JG