1  Michael H. Bierman, State Bar No. 89156
2  Jeffrey D. Wexler, State Bar No. 132256
   Michael E. Pappas, State Bar No. 130400
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   601 S. Figueroa, Suite 3900
4  Los Angeles, California 90017
   Telephone: 213.892.4992
5  Facsimile:  213.892.7731
   E-Mail:   mbierman@luce.com
6             jwexler@luce.com
7             mpappas@luce.com

8  Attorneys for Plaintiff and Intervenor, National Credit Union Administration Board
   As Liquidating Agent For Western Corporate Federal Credit Union
9

10                     UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>    Defendants.<br>_____ | Case No.: CV10-01597 GW (MANx)<br><br>**JOINT NOTICE OF FILING OF POLICY 21 AND INSURANCE POLICY AS REQUESTED BY COURT IN CONNECTION WITH MOTION OF PLAINTIFF AND COUNTERDEFENDANT NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION TO DISMISS AMENDED COUNTERCLAIMS FOR: (1) LACK OF SUBJECT MATTER JURISDICTION; AND (2) FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [Fed. R. Civ. P. 12(b)(1) and 12(b)(6)]**<br><br>Date: February 6, 2012<br>Time: 8:30 a.m.<br>Courtroom: 10 |

1      Plaintiff and counterdefendant the National Credit Union Administration Board as Liquidator for Western Corporate Federal Credit Union (the "NCUA") and defendants and counterclaimants Robert A. Siravo, Todd M. Lane, Robert J. Burrell, Thomas E. Swedberg, and Timothy T. Sidley hereby file the following documents as requested by the Court at the January 19, 2012 hearing on the NCUA's motions to strike and to dismiss:

     (1)    WesCorp's Policy 21, a true and correct copy of which is attached hereto as Exhibit A; and

     (2)    CUNA Mutual Group, CUMIS Special Insurance Package, Directors, Volunteers and Employees Insurance Policy (1/1/2009-1/1/2010), a true and correct copy of which is attached hereto as Exhibit B.

DATED: January 23, 2012     LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN
JEFFREY D. WEXLER
MICHAEL E. PAPPAS

By:   /s/ Jeffrey D. Wexler
      Jeffrey D. Wexler
      Attorneys for Plaintiff National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

DATED: January 23, 2012     PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS
BRUCE A. ERICSON
MARLEY DEGNER

By:   /s/ Bruce A. Ericson
      Bruce A. Ericson
      Attorneys for Defendant Robert John Burrell

DATED: January 23, 2012

ORRICK, HERRINGTON & SUTCLIFFE LLP
KENT B. GOSS
SETH E. FREILICH

LAW OFFICES OF JOHN R. WALTON
JOHN R. WALTON

By: /s/ Seth E. Freilich
Seth E. Freilich
Attorneys for Defendant Timothy Sidley

DATED: January 23, 2012

MUNGER TOLLES & OLSON LLP
RICHARD E. DROOYAN
LAURA SMOLOWE

By: /s/ Richard E. Drooyan
Richard E. Drooyan
Attorneys for Defendants Robert Siravo and Thomas Swedberg

DATED: January 23, 2012

CHAPIN FITZGERALD & SULLIVAN LLP
KENNETH M. FITZGERALD
CURTIS CARLL

By: /s/ Kenneth M. Fitzgerald
Kenneth M. Fitzgerald
Attorneys for Defendant Todd Lane

201199359.1

3