Michael H. Bierman, State Bar No. 89156
Jeffrey D. Wexler, State Bar No. 132256
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 S. Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: 213.892.4992
Facsimile: 213.892.7731
E-Mail: mbierman@luce.com
       jwexler@luce.com

Attorneys for Plaintiff and Counterdefendant National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>    Defendants. | Case No.: CV10-01597 GW (MANx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION OF PLAINTIFF AND COUNTERDEFENDANT NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION TO STRIKE AFFIRMATIVE DEFENSES IN DEFENDANTS' AMENDED ANSWERS**<br><br>Date: January 19, 2012<br>Time: 8:30 a.m.<br>Courtroom: 10 |

Pursuant to the Court's request at the January 19, 2012 hearing, plaintiff and counterdefendant National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union (the "NCUA") hereby lodges the attached proposed Order on the NCUA's motion to strike. All parties have approved the proposed Order as to form.

DATED: February 2, 2012

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Michael H. Bierman
Jeffrey D. Wexler

By:   /s/ Jeffrey D. Wexler
Jeffrey D. Wexler
Attorneys for Plaintiff and Counterdefendant National Credit Union Administration Board As Liquidating Agent For Western Corporate Federal Credit Union

201202290.2