RICHARD E. DROOYAN (State Bar No. 065672)
Richard.Drooyan@mto.com
LAURA D. SMOLOWE (State Bar No. 263012)
Laura.Smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
Robert A. Siravo

[Attorneys for remaining Officer Defendants listed separately on next page]

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS CONSERVATOR FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. SIRAVO, TODD M. LANE, ROBERT J. BURRELL, THOMAS E. SWEDBERG, TIMOTHY T. SIDLEY, ROBERT H. HARVEY, JR., WILLIAM CHENEY, GORDON DAMES, JAMES P. JORDAN, TIMOTHY KRAMER, ROBIN J. LENTZ, JOHN M. MERLO, WARREN NAKAMURA, BRIAN OSBERG, DAVID RHAMY and SHARON UPDIKE,<br><br>Defendants. | CASE NO. CV10-01597 GW (MANx)<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AMENDED COUNTERCLAIMS** |

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | REYNOLD L. SIEMENS #177956 |
| 2 | Email: reynold.siemens@pillsburylaw.com |
|   | 725 South Figueroa Street, Suite 2800 |
| 3 | Los Angeles, CA 90017-5406 |
|   | Telephone:  (213) 488-7100 |
| 4 | Facsimile:   (213) 629-1033 |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 5 | BRUCE A. ERICSON #76342 |
|   | Email: bruce.ericson@pillsburylaw.com |
| 6 | GEORGE ALLEN BRANDT #264935 |
|   | Email: allen.brandt@pillsburylaw.com |
| 7 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 8 | San Francisco, CA 94120-7880 |
|   | Telephone:  (415) 983-1000 |
| 9 | Facsimile:   (415) 983-1200 |
| 10 | Attorneys for Defendants |
|   | Robert John Burrell, William Cheney, Gordon Dames, |
| 11 | Robert H. Harvey, Jr., James Jordan, Timothy M. |
|   | Kramer, Robin Lentz, John M. Merlo, Warren |
| 12 | Nakamura, Brian Osberg, David Rhamy and |
|   | Sharon Updike |
| 13 | |
|   | KENT B. GOSS (State Bar No. 131499) |
| 14 | kgoss@orrick.com |
|   | SETH E. FREILICH (State Bar No. 217321) |
| 15 | sfreilich@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 16 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, California 90017-5855 |
| 17 | Telephone:  (213) 629-2020 |
|   | Facsimile:   (213) 612-2499 |
| 18 | |
|   | Attorneys for Defendant |
| 19 | Timothy T. Sidley |
| 20 | CHAPIN FITZGERALD SULLIVAN LLP |
|   | Kenneth M. Fitzgerald, Esq. (SBN: 142505) |
| 21 | kfitzgerald@cfslawfirm.com |
|   | Curtis G. Carll, Esq. (SBN: 248470) |
| 22 | ccarll@cfslawfirm.com |
|   | 550 West C Street, Suite 2000 |
| 23 | San Diego, California 92101 |
|   | Telephone:  (619) 241-4810 |
| 24 | Facsimile:   (619) 955-5318 |
| 25 | Attorneys for Defendant |
|   | Todd M. Lane |
| 26 | |
| 27 | |
| 28 | |

16590437.1

CASE NO. CV10-01597 GW (MANx)
PROPOSED ORDER CONTINUING
HEARING

1  Pursuant to the Joint Stipulation To Continue Hearing On Plaintiff's Motion
2  to Dismiss Amended Counterclaims:

3  IT IS HEREBY ORDERED that:

4
5  *1.  The date of March 5, 2012 regarding Plaintiff's Motion to Dismiss*
6  *Amended Counterclaims for (1) Lack of Subject Matter Jurisdiction; and (2)*
7  *Failure to State a Claim Upon Which Relief May Be Granted is not a hearing*
8  *date, but a "tickler" date for the Court. An appearance will not be required*
9  *unless the parties are notified.*

10
11  DATED:  February 23, 2012

**DENIED**

By:   BY ORDER OF THE COURT
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**Please see above comments on motion**

16590437.1         -1-         CASE NO. CV10-01597 GW (MANx)
PROPOSED ORDER CONTINUING
HEARING