| | |
|---|---|
| 1 | KENT B. GOSS (State Bar No. 131499) |
| 2 | kgoss@orrick.com<br>SETH E. FREILICH (State Bar No. 217321) |
| 3 | sfreilich@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 777 South Figueroa Street, Suite 3200<br>Los Angeles, California 90017-5855 |
| 5 | Telephone:  (213) 629-2020<br>Facsimile:   (213) 612-2499 |
| 6 | |
| 7 | JOHN R. WALTON<br>jrw@waltonlawpc.com |
| 8 | LAW OFFICES OF JOHN R. WALTON<br>35 N. Lake Avenue, Suite 700 |
| 9 | Pasadena, CA  91101<br>Telephone:  (626) 578-6000 |
| 10 | Facsimile:   (626) 578-6012 |
| 11 | Attorneys for Defendant TIMOTHY T. SIDLEY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT A. SIRAVO, et al.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV10-01597 GW (MANx)<br><br>**JOINT STIPULATION TO DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION AND DEFENDANT TIMOTHY T. SIDLEY**<br><br>Courtroom:  10<br><br>Honorable George H. Wu |

**STIPULATION**

WHEREAS, plaintiff National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union ("NCUA") and defendant Timothy T. Sidley ("Sidley") hereby inform the Court that they have executed a Settlement Agreement resolving all claims and counterclaims between NCUA and Sidley; and

WHEREAS, as part of such Settlement Agreement, NCUA and Sidley now desire to stipulate to the dismissal of NCUA's claims against Sidley and Sidley's counterclaims against NCUA.

NOW THEREFORE, NCUA and Sidley stipulate, through their counsel of record, that pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii): (i) all claims asserted against Sidley by NCUA are hereby dismissed with prejudice; (ii) all counterclaims asserted against NCUA by Sidley are hereby dismissed with prejudice; and (iii) each party will bear its own costs. This dismissal does not apply to NCUA's claim against any other defendant in this action.  A Proposed Order is attached hereto.

IT IS FURTHER STIPULATED that all rights of appeal are waived.

IT IS SO STIPULATED

DATED: March 2, 2012

Michael H. Bierman
Jeffrey D. Wexler
LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: _____*/s/ Michael H. Bierman*_____
        MICHAEL H. BIERMAN

Attorneys For Plaintiffs
NATIONAL CREDIT UNION
ADMINISTRATION BOARD AS
LIQUIDATOR FOR WESTERN CORPORATE
FEDERAL CREDIT UNION

OHSWEST:261482155.1

| | | |
|---|---|---|
| 1 | DATED: March 2, 2012 | Kent B. Goss |
| 2 | | Seth E. Freilich |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By: _____*/s/ Seth E. Freilich*_____
         SETH E. FREILICH

Attorneys For Defendant
TIMOTHY T. SIDLEY

201208360.1