Name & Address:
Jeffrey D. Wexler, State Bar No. 132256
McKenna Long & Aldridge LLP
601 S. Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone No.: 213.892.4910
Fax No.: 213.452.8029
Email: jwexler@mckennalong.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Credit Union Administration Board, etc., <br> PLAINTIFF(S) <br> v. <br> Robert A. Siravo, et al., <br> DEFENDANT(S). | CASE NUMBER <br> CV 10-01597 GW (MANx) <br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, _Jeffrey D. Wexler_, CA Bar No. _132256_, _jwexler@mckennalong.com_
   *Name*                  *CA Bar ID Number*        *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☒ TO UPDATE NAME OR FIRM INFORMATION:
  ☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
       PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

  Attorney Name changed to _____
  New Firm/Government Agency Name   McKenna Long & Aldridge LLP
  New Address _____
  New Telephone Number _____    New Facsimile Number _____
  New E-mail address   jwexler@mckennalong.com

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

G-06 (10/10)                **NOTICE OF CHANGE OF ATTORNEY INFORMATION**                Page 1 of 2


American LegalNet, Inc.
www.FormsWorkFlow.com

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **
  ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

  ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: March 6, 2012                              /s/ Jeffrey D. Wexler
                                                 *Signature of Attorney of Record / Attorney for the Firm*
                                                 Jeffrey D. Wexler

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**