# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1597-GW(MANx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | *National Credit Union Administration, et al. v. Robert Siravo, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Pat Cuneo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael H. Bierman | Richard E. Drooyan |
| | Curtis Carlls |

**PROCEEDINGS:** POST MEDIATION STATUS CONFERENCE

Parties advise the Court that settlement was reached in part and settlement negotiations are ongoing.

Plaintiff's Motion to Dismiss Amended Counterclaims for: (1) Lack of Subject Matter Jurisdiction; and (2) Failure to State a Claim upon Which Relief May Be Granted, filed on November 14, 2011, is placed back on calendar for **March 12, 2012 at 8:30 a.m.**  Appearances will be required.

: 02

Initials of Preparer  JG