1

2

3

4

5

6

7

8

9

10

11

12

13 **UNITED STATES DISTRICT COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA**

15 **WESTERN DIVISION**

| | |
|---|---|
| 16 NATIONAL CREDIT UNION ADMINISTRATION BOARD AS<br>17 LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL<br>18 CREDIT UNION,<br>19 Plaintiff,<br>20 v.<br>21 ROBERT A. SIRAVO, et al.,<br>22 Defendants. | Case No.  CV 10-01597-GW(MANx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF NATIONAL CREDIT UNION ADMINISTRATION BOARD AS LIQUIDATING AGENT FOR WESTERN CORPORATE FEDERAL CREDIT UNION AND DEFENDANT TIMOTHY T. SIDLEY** |
| 23 | |
| 24 AND RELATED COUNTERCLAIMS. | Courtroom:  10 |
| 25 | Honorable George H. Wu |

26

27

28

OHSWEST:261482180.1

1

## ORDER OF DISMISSAL

2      Before the Court is a Joint Stipulation to Dismissal with Prejudice of All

3   Claims and Counterclaims Between Plaintiff National Credit Union Administration

4   Board as Liquidating Agent for Western Corporate Federal Credit Union and

5   Defendant Timothy T. Sidley.  The Court finds that the Stipulation to Dismiss is

6   well taken and is, accordingly, **GRANTED**.

7      **IT IS THEREFORE ORDERED** that all claims asserted against defendant

8   Timothy T. Sidley by plaintiff  National Credit Union Administration Board as

9   Liquidating Agent for Western Corporate Federal Credit Union are hereby

10  dismissed with prejudice.

11     **IT IS THEREFORE FURTHER ORDERED** that all counterclaims

12  asserted against counterclaim defendant National Credit Union Administration

13  Board as Liquidating Agent for Western Corporate Federal Credit Union by

14  counterclaimant Timothy T. Sidley are herby dismissed with prejudice.

15     **IT IS FURTHER ORDERED** that each party shall bear all of its own costs

16  associated with this Action.

17

18

19  Dated:  March 7, 2012          _____

20                                 Hon. George H. Wu
                                   United States District Judge

21

22

23

24

25

26  201208367.1

27

28

- 1 -

CV10-01597 GW (MANx)
[PROPOSED] ORDER GRANTING DISMISSAL

OHSWEST:261482180.1