UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\* CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1597-GW(MANx) | Date | March 12, 2012 |
|---|---|---|---|
| Title | *National Credit Union Administration, et al. v. Robert Siravo, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Pat Cuneo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Jeffrey D. Wexler

Attorneys Present for Defendants:

Richard E. Drooyan
Kenneth Fitzgerald
Laura D. Smolowe

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIMS FOR: (1) LACK OF SUBJECT MATTER JURISDICTION; AND (2) FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (FILED 11/14/11)**

Court hears oral argument. Based on the tentative circulated and attached hereto, and for reasons stated on the record, Plaintiff's motion is **GRANTED WITH LEAVE TO AMEND.** Defendants will have until April 4, 2012 to **manually** file the Second Amended Counterclaim and Answer. The Answer to the Counterclaim will be filed by *April 18, 2012.*

: 08

Initials of Preparer    JG