# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-1597-GW (MANx) | Date | February 27, 2012 |
| Title | 1ˢᵗ *Valley Credit Union, et al. v. Donna Bland, et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael H. Bierman | Bruce A. Ericson |
| Jeffrey D. Wexler | Kenneth M. Fitzgerald |
| | Richard E. Drooyan |
| | Laura D. Smolowe |

**Proceedings:**     Settlement Conference

The case is called. Michael H. Bierman and Jeffrey D. Wexler, of Luce Forward, appear on behalf of plaintiff National Credit Union Administration ("NCUA"), along with client representative Jon J. Canerday, General Counsel of NCUA. Bruce A. Ericson, of Pillsbury, appears on behalf of defendant Robert Burrell, who is present. Kenneth A. Fitzgerald, of Chapin Fitzgerald Sullivan & Bottini LLP, appears on behalf of defendant Todd Lane, who is also present. Richard E. Drooyan and Laura D. Smolowe, of Munger, Tolles & Olson LLP, appear on behalf of defendants Robert Siravo and Thomas E. Swedberg, who are both present.

The settlement conference is conducted off the record.

There is a settlement between the NCUA and defendant Robert Burrell. Settlement discussions continue under Court supervision regarding the claims of NCUA against defendants Robert Siravo and Thomas E. Swedberg.

cc:     All parties of record

| | 10 : 45 |
|---|---|
| Initials of Preparer | efc |