Name & Address:
Janlynn R. Fleener (SBN 169385)
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA
(916) 444-1000          (916) 444-2100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc. | CASE NUMBER<br>CV10-01597 GW (MANx) |
| PLAINTIFF(S)<br>v.<br>ROBERT A. SIRAVO, et al.<br>DEFENDANT(S). | **NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION** |

**The following information must be provided:**
I, Janlynn R. Fleener    ,   CA SBN 169385    ,    jfleener@downeybrand.com
       *Name*                    *CA Bar ID Number*              *E-mail Address*
☑ am counsel of record or    ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
DONNA BLAND

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
  ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to
  New Firm/Government Agency Name
  New Address
  New Telephone Number                         New Facsimile Number
  New E-mail address

☐ **TO BE ADDED AS COUNSEL OF RECORD:**   CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

| Attorney Name | CA State Bar Number |
|---|---|
| Firm/Government Agency Name | |
| Address: | |
| Telephone Number | Facsimile Number |
| New E-mail address | |

☑ TO BE REMOVED FROM THE CASE: **

☑ I am ☑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action. Defendant Donna Bland was dropped as a party when Plaintiff filed its First Amended Complaint; thus, because Ms. Bland is no longer a party, the aforementioned attorney is no longer counsel of record for any party in the case.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: March 21, 2012         /s/ Janlynn R. Fleener
                             *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83-2.7.**

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, California, 95814-4731. On March 21, 2012, I served the within document(s):

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by **a reputable courier service** of the document(s) listed above to the person(s) at the address(es) set forth below.

Andrew S Wong
Orrick Herrington & Sutcliffe
777 S Figueroa St Ste 3200
Los Angeles CA 90017-58

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2012, at Sacramento, California.

*"/s/ Mary E. Taylor (original signature retained by attorney Janlynn R. Fleener)*

Mary E. Taylor

1219823.1

3

NOTICE OF CHANGE OF ATTORNEY INFORMATION