UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01597-GW (MANx) | Date | January 15, 2013 |
|---|---|---|---|
| Title | *1st Valley Credit Union, et al. v. Donna Bland, et al.* | | |

| Present: The Honorable | **MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| Mel Zavala | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Bierman | Kenneth Fitzgerald |

**Proceedings:**   TELEPHONIC CONFERENCE RE SETTLEMENT

Michael Bierman, of McKenna Long and Aldridge LLP, appears telephonically on behalf of plaintiff National Credit Union Administration Board.  Kenneth Fitzgerald, of Chapin Fitzgerald LLP, appears telephonically on behalf of defendant Todd Lane.

The Court confers with parties, off the record, regarding settlement.

|  | : | 40 |
|---|---|---|
| Initials of Preparer | | MZ |